**FORM NOA** (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
401 Market Street
Camden, NJ 08102
Telephone number: 856−361−2300

Honorable Jerrold N. Poslusny Jr., U.S. Bankruptcy Judge

| **CASE NUMBER:** 18−34917−JNP | **DATE FILED::** 12/20/18 |
|---|---|
| In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): Steven F Dorfman  xxx−xx−4882 | ADDRESS OF DEBTOR(S): 1678 West Chesnut Avenue  Vineland, NJ 08360 |
| DEBTOR'S ATTORNEY: Carrie J. Boyle  Boyle & Valenti Law  10 Grove Street  Haddonfield, NJ 08033  856−499−3335 | TRUSTEE: Andrew Sklar  1200 Laurel Oak Road  Suite 102  Voorhees, NJ 08043  856−258−4050 |

It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

5/28/19

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy−forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: February 26, 2019         FOR THE COURT
                                 Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

United States Bankruptcy Court
District of New Jersey

In re:  
Steven F Dorfman  
   Debtor

Case No. 18-34917-JNP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2     Date Rcvd: Feb 26, 2019  
                       Form ID: noa     Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2019.

```
db             +Steven F Dorfman,    1678 West Chesnut Avenue,    Vineland, NJ 08360-4365
517932325      +Accurate Medical Billing,    P.O. Box 146,    Asbury, NJ 08802-0146
517932326      +Aes/cit08bbc,    Attn: Bankruptcy,    Po Box 2461,    Harrisburg, PA 17105-2461
517932327      +Alan Angelo,    2516 Mays Landing Road,    Millville, NJ 08332-1104
517932331       City of Vineland Municipal Utilities,    600 E. Wood Street,    Vineland, NJ 08360
517932333      +Director of Special Investigations,    Horizon BCBS of NJ,    250 Century Parkway,
                 Mount Laurel, NJ 08054-1121
517932334      +Dorfman Enterprises, LLC,    1027 Chestnut Avenue,    Vineland, NJ 08360-5838
517932335      +Edsouth/glelsi,    2401 International Lane,    Madison, WI 53704-3121
517932336     #+Empire Recovery Services,    400 Frank W. Burr Blvd,    Suite 37,    Teaneck, NJ 07666-6810
517932337      +Enixa Dorfman,    1678 W. Chestnut Avenue,    Vineland, NJ 08360-4365
517932338      +Equifax,    Attn: Bankruptcy,    P.O Box 740241,    Atlanta, GA 30374-0241
517932339      +Experian,    Attn: Bankrupty,    P.O. Box 4500,    Allen, TX 75013-1311
517932341     #+Hamilton, Bridges & Banks, Inc,    4100 W Kennedy Blvd,    Tampa, FL 33609-2244
517932342      +Highland Carpet Outlet,    1736 Dutch Mill Road,    Franklinville, NJ 08322-2114
517932343       Horizon BCBS of NJ,    PO Box 10193,    Newark, NJ 07101-3117
517932344      +Horizon Healthcare Services, Inc.,    c/o Barry S. Crane, Esq.,    Becker LLC,
                 354 Eisenhower Parkway, Suite 1500,    Livingston, NJ 07039-1023
517932345      +Horizon NJ Health,    250 Century Parkway,    Mount Laurel, NJ 08054-1121
517932346     #+Horizon NJ Health,    210 Silvia Street West,    Trenton, NJ 08628-3242
517932350      +Mabtc/tfc,    Attn: Bankruptcy,    Po Box 13306,    Chesapeake, VA 23325-0306
517932352       New Jersey Family Support Srvs Center,    PO Box 5313,    Trenton, NJ 08638-0313
517932353       New Jersey Family Support Svs. Center,    P.O. Box 5313,    Trenton, NJ 08638-0313
517932355      +Northern Leasing,    419 East Main Street,    Suite 102,    Middletown, NY 10940-2552
517932356      +Ray And Flan,    Attn: Bankruptcy,    1000 Macarthur Blvd.,    Mahwah, NJ 07430-2035
517932357       Raymour & Flanigan,    PO Box 33802,    Detroit, MI 48232-5802
517932359      +SNG Capital Investors, LLC,    35 East Grassy Sprain Road,    Yonkers, NY 10710-4620
517932354     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:  NJ Division of Taxation,    Bankruptcy Section,    PO Box 245,
                 Trenton, NJ 08695)
517932358      +Shellpoint Mortgage Servicing,    Attn: Bankruptcy,    Po Box 10826,    Greenville, SC 29603-0826
517932360      +The Bank of New York Mellon,    c/o Bradley J. Osborne, Esquire,
                 Richard M. Squire & Associates, LLC,    115 West Avenue, Suite 104,    Jenkintown, PA 19046-2031
517932361      +The Law Offices of Jeffrey Randolph, LLC,    139 Harrison Road, Suite 205,
                 Glen Rock, NJ 07452-3304
517932362      +The Wellness & Recovery Center, LLC,    1027 E. Chestnut Avenue,    Vineland, NJ 08360-5838
517932364      +TransUnion,    Attn: Bankruptcy,    P.O. Box 2000,    Chester, PA 19016-2000
517932365      +Tri State Credit Corp,    2188 N Delsea Dr,    Vineland, NJ 08360-1971
517932366      +World Global Financing Inc,    c/o The Law Office of Tara N. Pomparelli,
                 30 Wall Street, Eighth Floor,    New York, NY 10005-2201
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 27 2019 00:03:55      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 27 2019 00:03:52      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517962003       EDI: PHINAMERI.COM Feb 27 2019 04:28:00      AmeriCredit Financial Services, Inc.,
                 dba GM Financial,    P O Box 183853,    Arlington, TX 76096
517932328       EDI: BANKAMER.COM Feb 27 2019 04:28:00      Bank Of America,    Attn: Bankruptcy,    Po Box 982238,
                 El Paso, TX 79998
517936947      +EDI: AISACG.COM Feb 27 2019 04:28:00      BMW Bank of North America,
                 AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517932329       EDI: BMW.COM Feb 27 2019 04:28:00      Bmw Financial Services,    Attn: Bankruptcy Department,
                 Po Box 3608,    Dublin, OH 43016
517932330      +EDI: CAPITALONE.COM Feb 27 2019 04:28:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
517932332       EDI: RCSFNBMARIN.COM Feb 27 2019 04:28:00      Credit One Bank,    PO Box 60500,
                 City of Industry, CA 91716-0500
517932340      +EDI: AMINFOFP.COM Feb 27 2019 04:28:00      First Premier Bank,    Attn: Bankruptcy,
                 Po Box 5524,    Sioux Falls, SD 57117-5524
517932347       EDI: IRS.COM Feb 27 2019 04:28:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
517932348      +EDI: CBSKOHLS.COM Feb 27 2019 04:28:00      Kohls/Capital One,    Kohls Credit,    Po Box 3120,
                 Milwaukee, WI 53201-3120
517932348      +E-mail/Text: bncnotices@becket-lee.com Feb 27 2019 00:02:51      Kohls/Capital One,
                 Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
517932349      +EDI: RESURGENT.COM Feb 27 2019 04:28:00      LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,
                 Po Box 10497,    Greenville, SC 29603-0497
517932351      +E-mail/Text: n.gong@mantisfunding.com Feb 27 2019 00:02:36      Mantis Funding, LLC,
                 64 Beaver Street, Suite 344,    New York, NY 10004-2508
517932363       E-mail/Text: tidewaterlegalbn@twcs.com Feb 27 2019 00:03:03      Tidewater Finance Company,
                 PO Box 17308,    Baltimore, MD 21297-1308
```

```
District/off: 0312-1           User: admin              Page 2 of 2               Date Rcvd: Feb 26, 2019
                               Form ID: noa             Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

TOTAL: 15

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 25, 2019 at the address(es) listed below:

```
          Andrew    Sklar     andy@sklarlaw.com,    NJ43@ecfcbis.com;dolores@sklarlaw.com
          Carrie J. Boyle    on behalf of Debtor Steven F Dorfman cboyle@b-vlaw.com,
           cvitullo@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;l
           wood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net;J.CR73128@notify.bestcase.com
          Joseph A McCormick, Jr.    on behalf of Trustee Andrew  Sklar jmccormick@mccormicknjlaw.com,
           karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormickn
           jlaw.com
          Kevin Gordon McDonald    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
           YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES,SERIES
           2007-13 kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                TOTAL: 5
```