UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Joseph A. McCormick, Jr. (016221977)
**JOSEPH A. MCCORMICK, JR., P.A.**
76 Euclid Avenue
Suite 103
Haddonfield, NJ   08033
(856)795-6500
Attorney for Chapter 7 Trustee

Order Filed on March 4, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

| In Re: | Case No. | 18-34917-JNP |
|---|---|---|
| Steven F. Dorfman, | Judge: | Honorable Poslusny |
| Debtor. | Chapter: | 7 |

| Recommended Local Form: | ■ Followed | ☐ Modified |
|---|---|---|

### ORDER AUTHORIZING
### RETENTION OF SPECIAL COUNSEL BY TRUSTEE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby
**ORDERED**.


**DATED: March 4, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

In re:        Steven F. Dorfman

Case No.:     18-34917-JNP

Applicant:    Andrew Sklar

    ■ Trustee:  ■ Chap. 7    ☐ Chap. 11    ☐ Chap. 13.

    ☐ Debtor:  ☐ Chap. 11    ☐ Chap. 13    ☐ Interim (§303g)

    ☐ Official Committee of _____

Professional:  Joseph A. McCormick, Jr., Esquire of the firm of Joseph A. McCormick, Jr., P.A.

    ■ Attorney for:

      ■ Trustee    ☐ Debtor-in-Possession

      ☐ Official Committee of _____

    ☐ Accountant for:

      ☐ Trustee    ☐ Debtor-in-Possession

      ☐ Official Committee of _____

    ☐ Other Professional:

      ☐ Realtor  ☐ Appraiser  ☐ Special Counsel  ☐ Auctioneer

      ☐ Other (specify): _____

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1.    The applicant, <u>Andrew Sklar, Trustee</u>, is authorized to retain the professional, <u>Joseph A. McCormick, Jr., Esquire of the firm of Joseph A. McCormick, Jr., P.A.</u> to act as <u>Attorney for Trustee.</u>



2.      Compensation shall be paid in such amounts as may be allowed by the Court
upon proper application(s) therefor.

3.      The effective date of the retention is the date the application was filed with the
Court.

*Rev. 7/1/04; jml*

\\LAW1\Shared Folders\Company\Pending\Dorfman, Steven F. - DB-1022-M\App for Retention\Filed 02 22 19\Proposed Order for Retention 02 22 19 .wpd