UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Joseph A. McCormick, Jr. (016221977)
**JOSEPH A. MCCORMICK, JR., P.A.**
76 Euclid Avenue
Suite 103
Haddonfield, NJ   08033
(856)795-6500
Attorney for Chapter 7 Trustee

| | |
|---|---|
| In Re: | Case No.    18-34917-JNP |
| Steven F. Dorfman, | Judge:    Honorable Poslusny |
| Debtor. | Chapter:    7 |

Order Filed on March 4, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

| Recommended Local Form: | ■ Followed | ☐ Modified |
|---|---|---|

## ORDER AUTHORIZING
## RETENTION OF SPECIAL COUNSEL BY TRUSTEE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby
**ORDERED**.

**DATED: March 4, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

In re:          Steven F. Dorfman

Case No.:       18-34917-JNP

Applicant:      Andrew Sklar

    ■ Trustee:  ■ Chap. 7    ❏ Chap. 11    ❏ Chap. 13.

    ❏ Debtor:  ❏ Chap. 11    ❏ Chap. 13    ☐ Interim (§303g)

    ❏ Official Committee of _____

Professional:   Joseph A. McCormick,  Jr., Esquire of the firm of Joseph A. McCormick, Jr., P.A.

    ■ Attorney for:

        ■ Trustee    ❏ Debtor-in-Possession

        ❏ Official Committee of _____

    ❏ Accountant for:

        ❏ Trustee    ❏ Debtor-in-Possession

        ❏ Official Committee of _____

    ❏ Other Professional:

        ❏ Realtor  ❏ Appraiser  ❏ Special Counsel  ❏ Auctioneer

        ❏ Other (specify): _____

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1.    The applicant, <u>Andrew Sklar, Trustee</u>, is authorized to retain the professional, <u>Joseph A. McCormick, Jr., Esquire of the firm of Joseph A. McCormick, Jr., P.A.</u> to act as <u>Attorney for Trustee.</u>

2.      Compensation shall be paid in such amounts as may be allowed by the Court

upon proper application(s) therefor.

3.      The effective date of the retention is the date the application was filed with the

Court.

*Rev. 7/1/04; jml*

\\LAW1\Shared Folders\Company\Pending\Dorfman, Steven F. - DB-1022-M\App for Retention\Filed 02 22 19\Proposed Order for Retention 02
22 19 .wpd

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-34917-JNP
Steven F Dorfman                                                          Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin            Page 1 of 1          Date Rcvd: Mar 04, 2019
                              Form ID: pdf903        Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 06, 2019.
db              +Steven F Dorfman,    1678 West Chesnut Avenue,    Vineland, NJ 08360-4365

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 4, 2019 at the address(es) listed below:
          Andrew  Sklar    andy@sklarlaw.com,  NJ43@ecfcbis.com;dolores@sklarlaw.com
          Carrie J. Boyle    on behalf of Debtor Steven F Dorfman cboyle@b-vlaw.com,
           cvitullo@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;l
           wood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net;J.CR73128@notify.bestcase.com
          Joseph A McCormick, Jr.    on behalf of Trustee Andrew  Sklar jmccormick@mccormicknjlaw.com,
           karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormickn
           jlaw.com
          Kevin Gordon McDonald    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
           YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES,SERIES
           2007-13 kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                  TOTAL: 5