UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Joseph A. McCormick, Jr. (016221977)
JOSEPH A. MCCORMICK, JR., P.A.
76 Euclid Avenue
Suite 103
Haddonfield, NJ  08033
(856)795-6500
Attorney for Chapter 7 Trustee

Order Filed on March 13, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Steven F. Dorfman,

Debtor.

Case No.: 18-34917-JNP

Judge: Jerrold N. Poslusny

Chapter: 7

## CONSENT ORDER EXTENDING TIME TO FILE A COMPLAINT PURSUANT TO 11 U.S.C. § 727 OBJECTING TO THE DISCHARGE OF DEBTOR

The relief set forth on the following page numbered two (2) is hereby ORDERED.

**DATED: March 13, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

1

In re:       Steven F. Dorfman,
Case No.:    18-34917-JNP
Re:          Consent Order Extending Time To Object To Discharge

This Matter having been come before the Court upon the consent of Joseph A. McCormick, Jr., P.A., attorneys for Andrew Sklar, Chapter 7 Trustee (the "Trustee"), and Boyle & Valenti Law, P.C., attorneys for the debtor herein, Steven F. Dorfman (the "Debtor"); and it appearing from the consent of their counsel that the Trustee and the Debtor agree to the relief set forth herein; and good and sufficient cause appearing for the entry of the within Order;

IT IS HEREBY ORDERED AS FOLLOWS:

1.     The time for the Trustee to file a complaint to deny the Debtor's discharge pursuant to Section 727 of the Bankruptcy Code (11 U.S.C. §§ 101 et seq.) be, and hereby is extended to April 9, 2019, without prejudice to further extensions.

We hereby consent to the form, substance and entry of the foregoing Consent Order:

JOSEPH A. MCCORMICK, JR., P.A.  
Attorneys For Andrew Sklar, Trustee  
By: _____  
Joseph A. McCormick, Jr.  
Dated: March 11, 2019

BOYLE & VALENTI LAW, P.C.  
Attorneys for Debtor, Steven F. Dorfman  
By: _____  
Carrie J. Boyle  
Dated: March 8, 2019

T:\Joint Clients\Dorfman, Steven F. - DB-1022-M\Discharge\Consent Order To Extend Time To Object To Discharge 03 07 19.wpd

2

United States Bankruptcy Court<br>District of New Jersey

```
In re:                                                          Case No. 18-34917-JNP
Steven F Dorfman                                                Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1           User: admin              Page 1 of 1           Date Rcvd: Mar 13, 2019
                               Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2019.
db             +Steven F Dorfman,    1678 West Chesnut Avenue,    Vineland, NJ 08360-4365

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2019 at the address(es) listed below:
              Andrew   Sklar    andy@sklarlaw.com, NJ43@ecfcbis.com;dolores@sklarlaw.com
              Carrie J. Boyle    on behalf of Debtor Steven F Dorfman cboyle@b-vlaw.com,
               cvitullo@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net;J.CR73128@notify.bestcase.com
              J. Alex Kress    on behalf of Creditor   Horizon Healthcare Services, Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey akress@becker.legal,
               mambrose@becker.legal;akress@ecf.courtdrive.com
              J. Alex Kress    on behalf of Creditor   Horizon Healthcare Services Inc. akress@becker.legal,
               mambrose@becker.legal;akress@ecf.courtdrive.com
              Joseph A McCormick, Jr.    on behalf of Trustee Andrew  Sklar jmccormick@mccormicknjlaw.com,
               karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormicknjlaw.com
              Kevin Gordon McDonald    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES,SERIES 2007-13 kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7