UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
**Caption in compliance with D.N.J. LBR 9004-1(b)**

**BECKER LLC**
Eisenhower Plaza II
354 Eisenhower Parkway, Suite 1500
Livingston, New Jersey 07039
(973) 422-1100
J. ALEX KRESS, ESQ.
(akress@becker.legal)
Counsel for Horizon Healthcare Services, Inc. d/b/a
Horizon Blue Cross Blue Shield of New Jersey and
Horizon NJ Health

**Order Filed on March 20, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In re:

STEVEN F. DORFMAN,

Debtor.

Case No. 18-34917 (JNP)

Chapter 7

**Hearing Date:        On Consent**

**CONSENT ORDER EXTENDING TIME (I) TO FILE A COMPLAINT PURSUANT TO 11 U.S.C. § 727 OBJECTING TO THE DEBTOR'S DISCHARGE AND (II) TO FILE A COMPLAINT PURSUANT TO 11 U.S.C. § 523(A) TO DETERMINE THE DISCHARGEABILITY OF HORIZON'S CLAIMS AGAINST THE DEBTOR**

Based on the subjoined consent of the parties set forth on page three (3) of this

Consent Order, the relief set forth on the following page numbered two (2), is hereby

**ORDERED.**

**DATED: March 20, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**Page      2 of 3**

**Debtor:**   **Steven F. Dorfman**

**Case No.   18-34917 (JNP)**

**Caption:**   *Consent Order Extending Time (i) to File a Complaint Pursuant to 11 U.S.C. § 727 Objecting to the Debtor's Discharge and (ii) to File a Complaint Pursuant to 11 U.S.C. § 523(a) to Determine the Dischargeability of Horizon's Claims Against the Debtor*

_____

THIS MATTER having been presented to the Court upon the subjoined consent of Becker LLC, counsel to Horizon Healthcare Services, Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey and Horizon NJ Health (collectively, "Horizon"), and Boyle & Valenti Law, P.C., counsel to the debtor herein, Steven F. Dorfman (the "Debtor"); and it appearing from the subjoined consent of their counsel that Horizon and the Debtor agree to the relief set forth herein; and good and sufficient cause appearing for the entry of the within Order;

It is hereby ORDERED as follows:

1.      The time for Horizon to file a complaint to deny the Debtor's discharge pursuant to Section 727 of the Bankruptcy Code (11 *U.S.C.* §§ 101 et seq.) be, and hereby is EXTENDED to April 9, 2019, without prejudice to further extensions.

2.      The time for Horizon to file a complaint to determine the dischargeability of Horizon's claims against the Debtor pursuant to Bankruptcy Code § 523(a) be, and hereby is, EXTENDED to April 9, 2019, without prejudice to further extensions.

**Page      3 of 3**

**Debtor:    Steven F. Dorfman**

**Case No.   18-34917 (JNP)**

**Caption:** *Consent Order Extending Time (i) to File a Complaint Pursuant to 11 U.S.C. § 727 Objecting to the Debtor's Discharge and (ii) to File a Complaint Pursuant to 11 U.S.C. § 523(a) to Determine the Dischargeability of Horizon's Claims Against the Debtor*

---

We hereby consent to the form, substance and entry of the foregoing Consent Order:

**BECKER LLC**
Counsel for Horizon Healthcare Services, Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey and Horizon NJ Health

**BOYLE & VALENTI LAW, P.C.**
Counsel for the Debtor, Steven F. Dorfman

By:  /s/    *J. Alex Kress*
           J. Alex Kress

By:  /s/    *Carrie J. Boyle*
           Carrie J. Boyle

Dated: March 8, 2019

Dated: March 7, 2019