| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>**Caption in compliance with D.N.J. LBR 9004-1(b)**<br>**BECKER LLC**<br>Eisenhower Plaza II<br>354 Eisenhower Parkway, Suite 1500<br>Livingston, New Jersey 07039<br>(973) 422-1100<br>J. ALEX KRESS, ESQ.<br>(akress@becker.legal)<br>Counsel for Horizon Healthcare Services, Inc. d/b/a<br>Horizon Blue Cross Blue Shield of New Jersey and<br>Horizon NJ Health | Order Filed on March 20, 2019<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>       STEVEN F. DORFMAN,<br><br>                                  Debtor. | Case No. 18-34917 (JNP)<br><br>Chapter 7<br><br>**Hearing Date:**      **On Consent** |

**CONSENT ORDER EXTENDING TIME (I) TO FILE A COMPLAINT PURSUANT TO 11 U.S.C. § 727 OBJECTING TO THE DEBTOR'S DISCHARGE AND (II) TO FILE A COMPLAINT PURSUANT TO 11 U.S.C. § 523(A) TO DETERMINE THE DISCHARGEABILITY OF HORIZON'S CLAIMS AGAINST THE DEBTOR**

Based on the subjoined consent of the parties set forth on page three (3) of this

Consent Order, the relief set forth on the following page numbered two (2), is hereby

**ORDERED.**

**DATED: March 20, 2019**

*/s/ Jerrold N. Poslusny, Jr.*

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**Debtor:**   Steven F. Dorfman

**Case No.**   18-34917 (JNP)

**Caption:**   *Consent Order Extending Time (i) to File a Complaint Pursuant to 11 U.S.C. § 727 Objecting to the Debtor's Discharge and (ii) to File a Complaint Pursuant to 11 U.S.C. § 523(a) to Determine the Dischargeability of Horizon's Claims Against the Debtor*

_____

**THIS MATTER** having been presented to the Court upon the subjoined consent of Becker LLC, counsel to Horizon Healthcare Services, Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey and Horizon NJ Health (collectively, "Horizon"), and Boyle & Valenti Law, P.C., counsel to the debtor herein, Steven F. Dorfman (the "Debtor"); and it appearing from the subjoined consent of their counsel that Horizon and the Debtor agree to the relief set forth herein; and good and sufficient cause appearing for the entry of the within Order;

**It is hereby ORDERED as follows:**

1.    The time for Horizon to file a complaint to deny the Debtor's discharge pursuant to Section 727 of the Bankruptcy Code (11 *U.S.C.* §§ 101 et seq.) be, and hereby is EXTENDED to April 9, 2019, without prejudice to further extensions.

2.    The time for Horizon to file a complaint to determine the dischargeability of Horizon's claims against the Debtor pursuant to Bankruptcy Code § 523(a) be, and hereby is, EXTENDED to April 9, 2019, without prejudice to further extensions.

**Page    3 of 3**

**Debtor:**  Steven F. Dorfman

**Case No.**  18-34917 (JNP)

**Caption:**  *Consent Order Extending Time (i) to File a Complaint Pursuant to 11 U.S.C. § 727 Objecting to the Debtor's Discharge and (ii) to File a Complaint Pursuant to 11 U.S.C. § 523(a) to Determine the Dischargeability of Horizon's Claims Against the Debtor*

_____

We hereby consent to the form, substance and entry of the foregoing Consent Order:

| | |
|---|---|
| **BECKER LLC** <br> Counsel for Horizon Healthcare Services, Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey and Horizon NJ Health | **BOYLE & VALENTI LAW, P.C.** <br> Counsel for the Debtor, Steven F. Dorfman |
| By:  /s/    J. Alex Kress <br>             J. Alex Kress | By:  /s/    Carrie J. Boyle <br>             Carrie J. Boyle |
| Dated:  March 8, 2019 | Dated:  March 7, 2019 |

United States Bankruptcy Court
District of New Jersey

In re:  
Steven F Dorfman  
     Debtor

Case No. 18-34917-JNP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Mar 20, 2019  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2019.  
db          +Steven F Dorfman,    1678 West Chesnut Avenue,    Vineland, NJ 08360-4365

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2019                        Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2019 at the address(es) listed below:

       Andrew Sklar    andy@sklarlaw.com, NJ43@ecfcbis.com;dolores@sklarlaw.com  
       Carrie J. Boyle    on behalf of Debtor Steven F Dorfman cboyle@b-vlaw.com,  
        cvitullo@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net;J.CR73128@notify.bestcase.com  
       Elizabeth K. Holdren    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2007-13 eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com  
       J. Alex Kress    on behalf of Creditor    Horizon Healthcare Services, Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey akress@becker.legal, mambrose@becker.legal;akress@ecf.courtdrive.com  
       J. Alex Kress    on behalf of Creditor    Horizon Healthcare Services Inc. akress@becker.legal, mambrose@becker.legal;akress@ecf.courtdrive.com  
       Joseph A McCormick, Jr.    on behalf of Trustee Andrew Sklar jmccormick@mccormicknjlaw.com, karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormicknjlaw.com  
       Kevin Gordon McDonald    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES,SERIES 2007-13 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                TOTAL: 8