Order Filed on April 10, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | | |
|---|---|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) Joseph A. McCormick, Jr. (016221977) JOSEPH A. MCCORMICK, JR., P.A. 76 Euclid Avenue Suite 103 Haddonfield, NJ 08033 (856)795-6500 Attorney for Chapter 7 Trustee | | |
| In Re: Steven F. Dorfman, Debtor. | Case No. Judge: Chapter: | 18-34917-JNP Jerrold N. Poslusny 7 |

## CONSENT ORDER EXTENDING TIME TO FILE A COMPLAINT PURSUANT TO 11 U.S.C. § 727 OBJECTING TO THE DISCHARGE OF DEBTOR

The relief set forth on the following page numbered two (2) is hereby ORDERED.

**DATED: April 10, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

1

In re: Steven F. Dorfman,
Case No.: 18-34917-JNP
Re: Consent Order Extending Time To Object To Discharge

    This Matter having been come before the Court upon the consent of Joseph A. McCormick, Jr., P.A., attorneys for Andrew Sklar, Chapter 7 Trustee (the "Trustee"), and Boyle & Valenti Law, P.C., attorneys for the debtor herein, Steven F. Dorfman (the "Debtor"); and it appearing from the consent of their counsel that the Trustee and the Debtor agree to the relief set forth herein; and good and sufficient cause appearing for the entry of the within Order;

    IT IS HEREBY ORDERED AS FOLLOWS:

1.    The time for the Trustee to file a complaint to deny the Debtor's discharge pursuant to Section 727 of the Bankruptcy Code (11 U.S.C. §§ 101 et seq.) be, and hereby is extended to May 9, 2019, without prejudice to further extensions.

We hereby consent to the form, substance and entry of the foregoing Consent Order:

JOSEPH A. MCCORMICK, JR., P.A.  
Attorneys For Andrew Sklar, Trustee  
By: _____  
Joseph A. McCormick, Jr.  
Dated: April ___, 2019

BOYLE & VALENTI LAW, P.C.  
Attorneys for Debtor, Steven F. Dorfman  
By: _____  
Carrie J. Boyle  
Dated: April ___, 2019

T:\Joint Clients\Dorfman, Steven F. - DB-1022-M\Discharge\Consent Order To Extend Time To Object To Discharge 04 03 19.wpd

2

United States Bankruptcy Court
District of New Jersey

In re:  
Steven F Dorfman  
      Debtor

Case No. 18-34917-JNP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Apr 10, 2019  
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2019.  
db            +Steven F Dorfman,    1678 West Chesnut Avenue,    Vineland, NJ 08360-4365

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                      TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2019                                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2019 at the address(es) listed below:

          Andrew   Sklar     andy@sklarlaw.com,   NJ43@ecfcbis.com;dolores@sklarlaw.com  
          Carrie J. Boyle    on behalf of Debtor Steven F Dorfman cboyle@b-vlaw.com,  
           cvitullo@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;l  
           wood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net;J.CR73128@notify.bestcase.com  
          Elizabeth K. Holdren    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New  
           York, as Trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series  
           2007-13 eholdren@hillwallack.com,   jhanley@hillwallack.com;hwbknj@hillwallack.com  
          J. Alex Kress     on behalf of Creditor    Horizon Healthcare Services Inc. akress@becker.legal,  
           mambrose@becker.legal;akress@ecf.courtdrive.com  
          J. Alex Kress     on behalf of Creditor    Horizon Healthcare of New Jersey, Inc. d/b/a Horizon NJ  
           Health akress@becker.legal,   mambrose@becker.legal;akress@ecf.courtdrive.com  
          J. Alex Kress     on behalf of Creditor    Horizon Healthcare Services, Inc. d/b/a Horizon Blue  
           Cross Blue Shield of New Jersey akress@becker.legal,  
           mambrose@becker.legal;akress@ecf.courtdrive.com  
          Joseph A McCormick, Jr.    on behalf of Trustee Andrew  Sklar jmccormick@mccormicknjlaw.com,  
           karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormickn  
           jlaw.com  
          Kevin Gordon McDonald    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW  
           YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES,SERIES  
           2007-13 kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com  
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                 TOTAL: 9