| |
|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY **Caption in compliance with D.N.J. LBR 9004-1(b)** **BECKER LLC** 354 Eisenhower Parkway Eisenhower Plaza Two, Suite 1500 Livingston, New Jersey 07039 (973) 422-1100 J. ALEX KRESS, ESQ. (akress@becker.legal) Counsel for Horizon Healthcare Services, Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey and Horizon Healthcare of New Jersey, Inc. d/b/a Horizon NJ Health |

**Order Filed on April 24, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey**

In re:

    STEVEN F. DORFMAN,

                                        Debtor.

Case No. 18-34917 (JNP)

Chapter 7

**Hearing Date:**      **On Consent**

**SECOND CONSENT ORDER FURTHER EXTENDING TIME (I) TO FILE A COMPLAINT PURSUANT TO 11 U.S.C. § 727 OBJECTING TO THE DEBTOR'S DISCHARGE AND (II) TO FILE A COMPLAINT PURSUANT TO 11 U.S.C. § 523(A) TO DETERMINE THE DISCHARGEABILITY OF HORIZON'S CLAIMS AGAINST THE DEBTOR**

Based on the subjoined consent of the parties set forth on page three (3) of this

Consent Order, the relief set forth on the following page numbered two (2), is hereby

**ORDERED.**

**DATED: April 24, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**Debtor:    Steven F. Dorfman**

**Case No.   18-34917 (JNP)**

**Caption:** *Second Consent Order Further Extending Time (i) to File a Complaint Pursuant to 11 U.S.C. § 727 Objecting to the Debtor's Discharge and (ii) to File a Complaint Pursuant to 11 U.S.C. § 523(a) to Determine the Dischargeability of Horizon's Claims Against the Debtor*

_____

**THIS MATTER** having been presented to the Court upon the subjoined consent of Becker LLC, counsel to Horizon Healthcare Services, Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey and Horizon Healthcare of New Jersey, Inc. d/b/a NJ Health (collectively, "Horizon"), and Boyle & Valenti Law, P.C., counsel to the debtor herein, Steven F. Dorfman (the "Debtor"); and it appearing from the subjoined consent of their counsel that Horizon and the Debtor agree to the relief set forth herein; and good and sufficient cause appearing for the entry of the within Order;

**It is hereby ORDERED as follows:**

1. The time for Horizon to file a complaint to deny the Debtor's discharge pursuant to Section 727 of the Bankruptcy Code (11 *U.S.C.* §§ 101 et seq.) be, and hereby is EXTENDED to May 9, 2019, without prejudice to further extensions.

2. The time for Horizon to file a complaint to determine the dischargeability of Horizon's claims against the Debtor pursuant to Bankruptcy Code § 523(a) be, and hereby is, EXTENDED to May 9, 2019, without prejudice to further extensions.

**Debtor:    Steven F. Dorfman**

**Case No.   18-34917 (JNP)**

**Caption:**   *Second Consent Order Further Extending Time (i) to File a Complaint Pursuant to 11 U.S.C. § 727 Objecting to the Debtor's Discharge and (ii) to File a Complaint Pursuant to 11 U.S.C. § 523(a) to Determine the Dischargeability of Horizon's Claims Against the Debtor*

___

We hereby consent to the form, substance and entry of the foregoing Consent Order:

| | |
|---|---|
| **BECKER LLC** | **BOYLE & VALENTI LAW, P.C.** |
| Counsel for Horizon Healthcare Services, Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey and Horizon Healthcare of New Jersey, Inc. d/b/a Horizon NJ Health | Counsel for the Debtor, Steven F. Dorfman |
| By:  */s/ J. Alex Kress*  <br>       J. Alex Kress | By:  */s/ Carrie J. Boyle*  <br>       Carrie J. Boyle |
| Dated: April 8, 2019 | Dated: April 8, 2019 |