Order Filed on May 9, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Joseph A. McCormick, Jr. (016221977)<br>**JOSEPH A. MCCORMICK, JR., P.A.**<br>76 Euclid Avenue<br>Suite 103<br>Haddonfield, NJ   08033<br>(856)795-6500<br>Attorney for Chapter 7 Trustee | |
| In Re:<br><br>Steven F. Dorfman,<br><br>                                                    Debtor. | Case No.:       18-34917-JNP<br><br>Judge:           Jerrold N. Poslusny<br><br>Chapter:         7 |

**CONSENT ORDER EXTENDING TIME TO FILE A COMPLAINT PURSUANT TO 11 U.S.C. § 727 OBJECTING TO THE DISCHARGE OF DEBTOR**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: May 9, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

1

In re:      Steven F. Dorfman,
Case No.:   18-34917-JNP
Re:         Consent Order Extending Time To Object To Discharge

This Matter having been come before the Court upon the consent of Joseph A. McCormick, Jr., P.A., attorneys for Andrew Sklar, Chapter 7 Trustee (the "Trustee"), and Boyle & Valenti Law, P.C., attorneys for the debtor herein, Steven F. Dorfman (the "Debtor"); and it appearing from the consent of their counsel that the Trustee and the Debtor agree to the relief set forth herein; and good and sufficient cause appearing for the entry of the within Order;

IT IS HEREBY ORDERED AS FOLLOWS:

1.  The time for the Trustee to file a complaint to deny the Debtor's discharge pursuant to Section 727 of the Bankruptcy Code (11 U.S.C. §§ 101 et seq.) be, and hereby is extended to May 23, 2019, without prejudice to further extensions.

We hereby consent to the form, substance and entry of the foregoing Consent Order:

JOSEPH A. MCCORMICK, JR., P.A.                BOYLE & VALENTI LAW, P.C.
Attorneys For Andrew Sklar, Trustee           Attorneys for Debtor, Steven F. Dorfman
By: _____                 By: _____
    Joseph A. McCormick, Jr.                      Carrie J. Boyle
Dated: May 8, 2019                            Dated: May __, 2019

T:\Joint Clients\Dorfman, Steven F - DB-1022-M\Discharge\Consent Order To Extend Time To Object To Discharge 05 08 19.wpd