| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** |
| Joseph A. McCormick, Jr. (016221977)<br>**JOSEPH A. MCCORMICK, JR., P.A.**<br>76 Euclid Avenue<br>Suite 103<br>Haddonfield, NJ  08033<br>(856)795-6500<br>Attorney for Chapter 7 Trustee |

Order Filed on May 9, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

| In Re: | Case No. | 18-34917-JNP |
|---|---|---|
| Steven F. Dorfman, | Judge: | Jerrold N. Poslusny |
| Debtor. | Chapter: | 7 |

**CONSENT ORDER EXTENDING TIME TO FILE A COMPLAINT PURSUANT TO 11 U.S.C. § 727 OBJECTING TO THE DISCHARGE OF DEBTOR**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: May 9, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

1

In re:       Steven F. Dorfman,
Case No.:    18-34917-JNP
Re:          Consent Order Extending Time To Object To Discharge

This Matter having been come before the Court upon the consent of Joseph A. McCormick, Jr., P.A., attorneys for Andrew Sklar, Chapter 7 Trustee (the "Trustee"), and Boyle & Valenti Law, P.C., attorneys for the debtor herein, Steven F. Dorfman (the "Debtor"); and it appearing from the consent of their counsel that the Trustee and the Debtor agree to the relief set forth herein; and good and sufficient cause appearing for the entry of the within Order;

IT IS HEREBY ORDERED AS FOLLOWS:

1. The time for the Trustee to file a complaint to deny the Debtor's discharge pursuant to Section 727 of the Bankruptcy Code (11 U.S.C. §§ 101 et seq.) be, and hereby is extended to May 23, 2019, without prejudice to further extensions.

We hereby consent to the form, substance and entry of the foregoing Consent Order:

JOSEPH A. MCCORMICK, JR., P.A.          BOYLE & VALENTI LAW, P.C.
Attorneys For Andrew Sklar, Trustee     Attorneys for Debtor, Steven F. Dorfman
By: _____           By: _____
    Joseph A. McCormick, Jr.                Carrie J. Boyle
Dated: May 8, 2019                      Dated: May 2, 2019

T:\Joint Clients\Dorfman, Steven F - DB-1022-M\Discharge\Consent Order To Extend Time To Object To Discharge 05 08 19.wpd

2

United States Bankruptcy Court
District of New Jersey

In re:
Steven F Dorfman
      Debtor

Case No. 18-34917-JNP
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: May 09, 2019
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2019.
db             +Steven F Dorfman,    1678 West Chesnut Avenue,    Vineland, NJ 08360-4365

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2019                                                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2019 at the address(es) listed below:
            Andrew Sklar     andy@sklarlaw.com,    NJ43@ecfcbis.com;dolores@sklarlaw.com
            Carrie J. Boyle     on behalf of Debtor Steven F Dorfman cboyle@b-vlaw.com,
             cvitullo@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;l
             wood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net;J.CR73128@notify.bestcase.com
            Elizabeth K. Holdren     on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New
             York, as Trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series
             2007-13 eholdren@hillwallack.com,    jhanley@hillwallack.com;hwbknj@hillwallack.com
            J. Alex Kress     on behalf of Creditor    Horizon Healthcare Services Inc. akress@becker.legal,
             mambrose@becker.legal;akress@ecf.courtdrive.com
            J. Alex Kress     on behalf of Creditor    Horizon Healthcare of New Jersey, Inc. d/b/a Horizon NJ
             Health akress@becker.legal,    mambrose@becker.legal;akress@ecf.courtdrive.com
            J. Alex Kress     on behalf of Creditor    Horizon Healthcare Services, Inc. d/b/a Horizon Blue
             Cross Blue Shield of New Jersey akress@becker.legal,
             mambrose@becker.legal;akress@ecf.courtdrive.com
            Joseph A McCormick, Jr.     on behalf of Trustee Andrew Sklar jmccormick@mccormicknjlaw.com,
             karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormickn
             jlaw.com
            Kevin Gordon McDonald     on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
             YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES,SERIES
             2007-13 kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
            U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                TOTAL: 9