| |
|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY <br> **Caption in compliance with D.N.J. LBR 9004-1(b)** <br> **BECKER LLC** <br> 354 Eisenhower Parkway <br> Eisenhower Plaza Two, Suite 1500 <br> Livingston, New Jersey 07039 <br> (973) 422-1100 <br> J. ALEX KRESS, ESQ. <br> (akress@becker.legal) <br> Counsel for Horizon Healthcare Services, Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey and Horizon Healthcare of New Jersey, Inc. d/b/a Horizon NJ Health |

**Order Filed on June 13, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In re:

    STEVEN F. DORFMAN,

                                Debtor.

Case No. 18-34917 (JNP)

Chapter 7

**Hearing Date:**    **On Consent**

**FIFTH CONSENT ORDER FURTHER EXTENDING TIME TO FILE A COMPLAINT PURSUANT TO 11 U.S.C. § 523(A) TO DETERMINE THE DISCHARGEABILITY OF HORIZON'S CLAIMS AGAINST THE DEBTOR**

Based on the subjoined consent of the parties, the relief set forth on the following

page numbered two (2), is hereby **ORDERED.**

**DATED: June 13, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**Debtor:**   **Steven F. Dorfman**

**Case No.   18-34917 (JNP)**

**Caption:**   *Fifth Consent Order Further Extending Time to File a Complaint Pursuant to 11 U.S.C. § 523(a) to Determine the Dischargeability of Horizon's Claims Against the Debtor*

---

**THIS MATTER** having been presented to the Court upon the subjoined consent of Becker LLC, counsel to Horizon Healthcare Services, Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey and Horizon Healthcare of New Jersey, Inc. d/b/a NJ Health (collectively, "Horizon"), and Boyle & Valenti Law, P.C., counsel to the debtor herein, Steven F. Dorfman (the "Debtor"); and it appearing from the subjoined consent of their counsel that Horizon and the Debtor agree to the relief set forth herein; and good and sufficient cause appearing for the entry of the within Order;

**It is hereby ORDERED as follows:**

1. The time for Horizon to file a complaint to determine the dischargeability of Horizon's claims against the Debtor pursuant to Bankruptcy Code § 523(a) be, and hereby is, EXTENDED to July 3, 2019, without prejudice to further extensions.

We hereby consent to the form, substance and entry of the foregoing Consent Order:

| | |
|---|---|
| **BECKER LLC** | **BOYLE & VALENTI LAW, P.C.** |
| Counsel for Horizon Healthcare Services, Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey and Horizon Healthcare of New Jersey, Inc. d/b/a Horizon NJ Health | Counsel for the Debtor, Steven F. Dorfman |
| By:  /s/ J. Alex Kress           J. Alex Kress | By:  /s/ Carrie J. Boyle           Carrie J. Boyle |
| Dated:  June 5, 2019 | Dated:  June 5,, 2019 |