**Information to identify the case:**

| Debtor 1 | Steven F Dorfman | Social Security number or ITIN | xxx–xx–4882 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | | |
| Case number: | 18–34917–JNP | | |

## Order of Discharge                                                                       12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Steven F Dorfman

6/14/19                                                         **By the court:**  Jerrold N. Poslusny Jr.
                                                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Order of Discharge**    page 2

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-34917-JNP
Steven F Dorfman                                                        Chapter 7
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin              Page 1 of 3           Date Rcvd: Jun 14, 2019
                             Form ID: 318             Total Noticed: 60

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 16, 2019.
```
db          +Steven F Dorfman,    1678 West Chesnut Avenue,    Vineland, NJ 08360-4365
cr           Horizon Healthcare Services, Inc. d/b/a Horizon Bl,    Three Penn Plaza East,
              Newark, NJ  07105-2200
cr          +Horizon Healthcare of New Jersey, Inc. d/b/a Horiz,    c/o Becker LLC,    354 Eisenhower Parkway,
              Plaza Two, Suite 1500,    Livingston, NJ 07039-1023
517932325   +Accurate Medical Billing,    P.O. Box 146,    Asbury, NJ 08802-0146
518124921   +Accurate Medical Billing,    c/o David B. Watner, Esq.,    1129 Bloomfield Avenue, #208,
              West Caldwell, NJ 07006-7123
517932326   +Aes/cit08bbc,    Attn: Bankruptcy,    Po Box 2461,    Harrisburg, PA 17105-2461
517932327   +Alan Angelo,    2516 Mays Landing Road,    Millville, NJ 08332-1104
518188601    Ascendium Education Solutions and Affiliates,    PO Box 8961,    Madison, Wi 53708-8961
517932331    City of Vineland Municipal Utilities,    600 E. Wood Street,    Vineland, NJ 08360
517932333   +Director of Special Investigations,    Horizon BCBS of NJ,    250 Century Parkway,
              Mount Laurel, NJ 08054-1121
517932334   +Dorfman Enterprises, LLC,    1027 Chestnut Avenue,    Vineland, NJ 08360-5838
517932335   +Edsouth/glelsi,    2401 International Lane,    Madison, WI 53704-3121
517932337   +Enixa Dorfman,    1678 W. Chestnut Avenue,    Vineland, NJ 08360-4365
517932338   +Equifax,    Attn: Bankruptcy,    P.O Box 740241,    Atlanta, GA 30374-0241
517932339   +Experian,    Attn: Bankrupty,    P.O. Box 4500,    Allen, TX 75013-1311
517932342   +Highland Carpet Outlet,    1736 Dutch Mill Road,    Franklinville, NJ 08322-2114
517932343    Horizon BCBS of NJ,    PO Box 10193,    Newark, NJ 07101-3117
518074616   +Horizon Healthcare Services Inc.,    dba Horizon Blue Cross Blue Shield of Ne,
              Three Penn Plaza East,    Newark NJ 07105-2200
518074686    Horizon Healthcare Services Inc.,    dba Horizon NJ Health,    250 Century Parkway,
              Mt. Laurel, NJ 08054-1121
517932344   +Horizon Healthcare Services, Inc.,    c/o Barry S. Crane, Esq.,    Becker LLC,
              354 Eisenhower Parkway, Suite 1500,    Livingston, NJ 07039-1023
518152662   +Horizon Healthcare of New Jersey, Inc,    c/o J.Alex Kress, Esq.-Becker LLC,
              354 Eisenhower Parkway, Suite 1500,    Livingston NJ 07039-1023
518148345   +Horizon Healthcare of New Jersey, Inc.,,    d/b/a Horizon New Jersey Health,
              Three Penn Plaza East,    Newark, New Jersey 07105-2200
517932345   +Horizon NJ Health,    250 Century Parkway,    Mount Laurel, NJ 08054-1121
517932350   +Mabtc/tfc,    Attn: Bankruptcy,    Po Box 13306,    Chesapeake, VA 23325-0306
517932352    New Jersey Family Support Srvs Center,    PO Box 5313,    Trenton, NJ 08638-0313
517932353    New Jersey Family Support Svs. Center,    P.O. Box 5313,    Trenton, NJ 08638-0313
517932355   +Northern Leasing,    419 East Main Street,    Suite 102,    Middletown, NY 10940-2552
517932356   +Ray And Flan,    Attn: Bankruptcy,    1000 Macarthur Blvd.,    Mahwah, NJ 07430-2035
517932357    Raymour & Flanigan,    PO Box 33802,    Detroit, MI 48232-5802
517932359   +SNG Capital Investors, LLC,    35 East Grassy Sprain Road,    Yonkers, NY 10710-4620
517932354  ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court:   NJ Division of Taxation,    Bankruptcy Section,    PO Box 245,
              Trenton, NJ 08695)
517932358   +Shellpoint Mortgage Servicing,    Attn: Bankruptcy,    Po Box 10826,    Greenville, SC 29603-0826
517932360   +The Bank of New York Mellon,    c/o Bradley J. Osborne, Esquire,
              Richard M. Squire & Associates, LLC,    115 West Avenue, Suite 104,    Jenkintown, PA 19046-2031
517932361   +The Law Offices of Jeffrey Randolph, LLC,    139 Harrison Road, Suite 205,
              Glen Rock, NJ 07452-3304
517932362   +The Wellness & Recovery Center, LLC,    1027 E. Chestnut Avenue,    Vineland, NJ 08360-5838
517932364   +TransUnion,    Attn: Bankruptcy,    P.O. Box 2000,    Chester, PA 19016-2000
517932365   +Tri State Credit Corp,    2188 N Delsea Dr,    Vineland, NJ 08360-1971
518141826   +Vineland Municipal Utilities,    Jeffrey N. Medio, Esq.,    717 E. Elmer St., Ste 7,
              Vineland, NJ 08360-4758
517932366   +World Global Financing Inc,    c/o The Law Office of Tara N. Pomparelli,
              30 Wall Street, Eighth Floor,    New York, NY 10005-2201
518071907   +World Global Financing, Inc.,    Steven Zakharyayev, Esq.,    1430 Broadway Suite 402,
              New York, NY 10018-3371

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jun 15 2019 00:09:36     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 15 2019 00:09:30      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
517962003    EDI: PHINAMERI.COM Jun 15 2019 03:48:00      AmeriCredit Financial Services, Inc.,
              dba GM Financial,    P O Box 183853,    Arlington, TX 76096
518120335    EDI: RESURGENT.COM Jun 15 2019 03:48:00      Ashley Funding Services, LLC,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517932328    EDI: BANKAMER.COM Jun 15 2019 03:48:00      Bank Of America,    Attn: Bankruptcy,    Po Box 982238,
              El Paso, TX 79998
517936947   +EDI: AISACG.COM Jun 15 2019 03:48:00      BMW Bank of North America,
              AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
518143169    EDI: BMW.COM Jun 15 2019 03:48:00      BMW Financial Services NA, LLC,    P.O. Box 3608,
              Dublin OH 43016, OH  43016
```

```
District/off: 0312-1          User: admin               Page 2 of 3               Date Rcvd: Jun 14, 2019
                              Form ID: 318              Total Noticed: 60
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
517932329      EDI: BMW.COM Jun 15 2019 03:48:00      Bmw Financial Services,   Attn: Bankruptcy Department,
               Po Box 3608,   Dublin, OH 43016
517932330     +EDI: CAPITALONE.COM Jun 15 2019 03:48:00      Capital One,   Attn: Bankruptcy,   Po Box 30285,
               Salt Lake City, UT 84130-0285
518125588     +EDI: AIS.COM Jun 15 2019 03:48:00      Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,
               Oklahoma City, OK 73118-7901
518158912      EDI: BL-BECKET.COM Jun 15 2019 03:49:00      Capital One, N.A.,   c/o Becket and Lee LLP,
               PO Box 3001,   Malvern PA 19355-0701
517932332      EDI: RCSFNBMARIN.COM Jun 15 2019 03:48:00      Credit One Bank,   PO Box 60500,
               City of Industry, CA 91716-0500
517932340     +EDI: AMINFOFP.COM Jun 15 2019 03:48:00      First Premier Bank,   Attn: Bankruptcy,
               Po Box 5524,   Sioux Falls, SD 57117-5524
517932347      EDI: IRS.COM Jun 15 2019 03:48:00      Internal Revenue Service,   PO Box 7346,
               Philadelphia, PA 19101-7346
517932348     +E-mail/Text: bncnotices@becket-lee.com Jun 15 2019 00:08:41      Kohls/Capital One,
               Kohls Credit,   Po Box 3120,   Milwaukee, WI 53201-3120
518055854      EDI: RESURGENT.COM Jun 15 2019 03:48:00      LVNV Funding, LLC,   Resurgent Capital Services,
               PO Box 10587,   Greenville, SC 29603-0587
517932349     +EDI: RESURGENT.COM Jun 15 2019 03:48:00      LVNV Funding/Resurgent Capital,   Attn: Bankruptcy,
               Po Box 10497,   Greenville, SC 29603-0497
517932351     +E-mail/Text: n.gong@mantisfunding.com Jun 15 2019 00:07:44      Mantis Funding, LLC,
               64 Beaver Street, Suite 344,   New York, NY 10004-2508
518233241      E-mail/Text: tidewaterlegalbn@twcs.com Jun 15 2019 00:08:54      Tidewater Finance Company,
               PO Box 13306,   Chesapeake, VA 23325
517932363      E-mail/Text: tidewaterlegalbn@twcs.com Jun 15 2019 00:08:54      Tidewater Finance Company,
               PO Box 17308,   Baltimore, MD 21297-1308
                                                                                              TOTAL: 20

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            Horizon Healthcare Services Inc.,   dba Horizon NJ Health,   250 Century Parkway,
               Mt. Laurel, NJ  08054-1121
518177645*    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
               TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,   Department of Treasury,
               Division of Taxation,   PO BOX 245,   Trenton NJ 08695-0245)
517932336    ##+Empire Recovery Services,   400 Frank W. Burr Blvd,   Suite 37,   Teaneck, NJ 07666-6810
517932341    ##+Hamilton, Bridges & Banks, Inc,   4100 W Kennedy Blvd,   Tampa, FL 33609-2244
517932346    ##+Horizon NJ Health,   210 Silvia Street West,   Trenton, NJ 08628-3242
                                                                                  TOTALS: 0, * 2, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2019 at the address(es) listed below:
              Andrew  Sklar    andy@sklarlaw.com, NJ43@ecfcbis.com;dolores@sklarlaw.com
              Carrie J. Boyle    on behalf of Debtor Steven F Dorfman cboyle@b-vlaw.com,
               cvitullo@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net;J.CR73128@notify.bestcase.com
              Elizabeth K. Holdren    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2007-13 eholdren@hillwallack.com,  jhanley@hillwallack.com;hwbknj@hillwallack.com

```
District/off: 0312-1          User: admin              Page 3 of 3              Date Rcvd: Jun 14, 2019
                              Form ID: 318             Total Noticed: 60
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        J. Alex Kress    on behalf of Creditor    Horizon Healthcare of New Jersey, Inc. d/b/a Horizon NJ Health akress@becker.legal, mambrose@becker.legal;akress@ecf.courtdrive.com
        J. Alex Kress    on behalf of Creditor    Horizon Healthcare Services, Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey akress@becker.legal, mambrose@becker.legal;akress@ecf.courtdrive.com
        J. Alex Kress    on behalf of Creditor    Horizon Healthcare Services Inc. akress@becker.legal, mambrose@becker.legal;akress@ecf.courtdrive.com
        Jason Brett Schwartz    on behalf of Creditor    BMW Bank of North America jschwartz@mesterschwartz.com
        Joseph A McCormick, Jr.    on behalf of Trustee Andrew  Sklar jmccormick@mccormicknjlaw.com, karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormicknjlaw.com
        Kevin Gordon McDonald    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES,SERIES 2007-13 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                 TOTAL: 10