| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY<br>**Caption in compliance with D.N.J. LBR 9004-1(b)**<br>**BECKER LLC**<br>354 Eisenhower Parkway<br>Eisenhower Plaza Two, Suite 1500<br>Livingston, New Jersey 07039<br>(973) 422-1100<br>J. ALEX KRESS, ESQ.<br>(akress@becker.legal)<br>Counsel for Horizon Healthcare Services, Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey and Horizon Healthcare of New Jersey, Inc. d/b/a Horizon NJ Health | Order Filed on August 5, 2019<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey |

| | |
|---|---|
| In re:<br><br>STEVEN F. DORFMAN,<br><br>Debtor. | Case No. 18-34917 (JNP)<br><br>Chapter 7<br><br>**Hearing Date:**    **On Consent** |

**SEVENTH CONSENT ORDER FURTHER EXTENDING TIME TO FILE A COMPLAINT PURSUANT TO 11 U.S.C. § 523(A) TO DETERMINE THE DISCHARGEABILITY OF HORIZON'S CLAIMS AGAINST THE DEBTOR**

Based on the subjoined consent of the parties, the relief set forth on the following page numbered two (2), is hereby **ORDERED.**

**DATED: August 5, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**Debtor:   Steven F. Dorfman**

**Case No.  18-34917 (JNP)**

**Caption:** *Seventh Consent Order Further Extending Time to File a Complaint Pursuant to 11 U.S.C. § 523(a) to Determine the Dischargeability of Horizon's Claims Against the Debtor*

_____

**THIS MATTER** having been presented to the Court upon the subjoined consent of Becker LLC, counsel to Horizon Healthcare Services, Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey and Horizon Healthcare of New Jersey, Inc. d/b/a NJ Health (collectively, "Horizon"), and Boyle & Valenti Law, P.C., counsel to the debtor herein, Steven F. Dorfman (the "Debtor"); and it appearing from the subjoined consent of their counsel that Horizon and the Debtor agree to the relief set forth herein; and good and sufficient cause appearing for the entry of the within Order;

**It is hereby ORDERED as follows:**

1. The time for Horizon to file a complaint to determine the dischargeability of Horizon's claims against the Debtor pursuant to Bankruptcy Code § 523(a) be, and hereby is, EXTENDED to September 13, 2019, without prejudice to further extensions.

We hereby consent to the form, substance and entry of the foregoing Consent Order:

| | |
|---|---|
| **BECKER LLC** | **BOYLE & VALENTI LAW, P.C.** |
| Counsel for Horizon Healthcare Services, Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey and Horizon Healthcare of New Jersey, Inc. d/b/a Horizon NJ Health | Counsel for the Debtor, Steven F. Dorfman |
| By:  /s/ J. Alex Kress | By:  /s/ Carrie J. Boyle |
| J. Alex Kress | Carrie J. Boyle |
| Dated: August 2, 2019 | Dated: August 2, 2019 |

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-34917-JNP
Steven F Dorfman                                                          Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin              Page 1 of 1           Date Rcvd: Aug 05, 2019
                            Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2019.
db             +Steven F Dorfman,    1678 West Chesnut Avenue,    Vineland, NJ 08360-4365

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2019 at the address(es) listed below:
      Andrew   Sklar    andy@sklarlaw.com,    NJ43@ecfcbis.com;dolores@sklarlaw.com
      Carrie J. Boyle    on behalf of Debtor Steven F Dorfman cboyle@b-vlaw.com,
       cvitullo@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net;J.CR73128@notify.bestcase.com
      Elizabeth K. Holdren    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2007-13 eholdren@hillwallack.com,    jhanley@hillwallack.com;hwbknj@hillwallack.com
      J. Alex Kress    on behalf of Creditor    Horizon Healthcare Services Inc. akress@becker.legal, mambrose@becker.legal;akress@ecf.courtdrive.com
      J. Alex Kress    on behalf of Creditor    Horizon Healthcare of New Jersey, Inc. d/b/a Horizon NJ Health akress@becker.legal,    mambrose@becker.legal;akress@ecf.courtdrive.com
      J. Alex Kress    on behalf of Creditor    Horizon Healthcare Services, Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey akress@becker.legal, mambrose@becker.legal;akress@ecf.courtdrive.com
      Jason Brett Schwartz    on behalf of Creditor    BMW Bank of North America jschwartz@mesterschwartz.com
      Joseph A McCormick, Jr.    on behalf of Trustee Andrew  Sklar jmccormick@mccormicknjlaw.com, karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormicknjlaw.com
      Kevin Gordon McDonald    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES,SERIES 2007-13 kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 10