Form oresadoc – oresadocv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  18–34917–JNP
Chapter:  7
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Steven F Dorfman
    1678 West Chesnut Avenue
    Vineland, NJ 08360

Social Security No.:
    xxx–xx–4882

Employer's Tax I.D. No.:

## ORDER RESPECTING
## AMENDMENT TO SCHEDULE D, E/F, G OR H
## OR LIST OF CREDITORS

The Court having noted that the debtor filed an Amendment to Schedule E/F on August 20, 2019 or to the List of Creditors on N/A , and for good cause shown, it is

ORDERED that the debtor must provide notice of the Amendment to the creditor(s) or party(ies) being deleted, added or modified and to the trustee in the case, if any, not later than 7 days after the date of this Order.

It is further ORDERED that the debtor(s) must serve on added creditors or parties, not later than 7 days after the date of this Order, the following:

1.    A copy of the applicable Notice of Chapter 7 Bankruptcy Case, and

2.    In a Chapter 11 case:

    a)    a copy of the last modified plan and disclosure statement, if any, and

    b)    a copy of any order approving the adequacy of the disclosure statement
    and/or the scheduling of the plan for confirmation.

3.    In a Chapter 12 or Chapter 13 case:

    a)    a copy of the Notice of Hearing on Confirmation of Plan, if any, and

    b)    a copy of the last modified plan that has been filed in the case.

It is further ORDERED that not later than 7 days after the date of this Order, the debtor(s) must file the Local Form, Certification of Service, certifying compliance with the above requirements.

It is further ORDERED that the added creditors or parties have

1.    until the original deadline, if any, fixed by the court to file a complaint to object to
the debtor's discharge or dischargeability of certain debts, or sixty 60 days from the date of this Order, whichever is later;

2.    until the original deadline, if any, fixed by the Court to file a proof of claim or required supplement, or sixty 60 days from the date of this Order, whichever is later;

3.    until the original deadline fixed by the Court to object to exemptions, or thirty 30 days from the date of this Order, whichever is later.

Dated: August 23, 2019
JAN: eag

Jerrold N. Poslusny Jr.
United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-34917-JNP
Steven F Dorfman                                                      Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin           Page 1 of 1          Date Rcvd: Aug 23, 2019
                           Form ID: oresadoc       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2019.
db            +Steven F Dorfman,    1678 West Chesnut Avenue,    Vineland, NJ 08360-4365

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 24 2019 00:25:28      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
                                                                                TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2019 at the address(es) listed below:
          Andrew  Sklar    andy@sklarlaw.com,   NJ43@ecfcbis.com;dolores@sklarlaw.com
          Carrie J. Boyle    on behalf of Debtor Steven F Dorfman cboyle@b-vlaw.com,
           cvitullo@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;l
           wood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net;J.CR73128@notify.bestcase.com
          Elizabeth K. Holdren    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New
           York, as Trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series
           2007-13 eholdren@hillwallack.com,   jhanley@hillwallack.com;hwbknj@hillwallack.com
          J. Alex Kress    on behalf of Creditor   Horizon Healthcare Services Inc. akress@becker.legal,
           mambrose@becker.legal;akress@ecf.courtdrive.com
          J. Alex Kress    on behalf of Creditor   Horizon Healthcare of New Jersey, Inc. d/b/a Horizon NJ
           Health akress@becker.legal,   mambrose@becker.legal;akress@ecf.courtdrive.com
          J. Alex Kress    on behalf of Creditor   Horizon Healthcare Services, Inc. d/b/a Horizon Blue
           Cross Blue Shield of New Jersey akress@becker.legal,
           mambrose@becker.legal;akress@ecf.courtdrive.com
          Jason Brett Schwartz    on behalf of Creditor   BMW Bank of North America
           jschwartz@mesterschwartz.com
          Joseph A McCormick, Jr.    on behalf of Trustee Andrew  Sklar jmccormick@mccormicknjlaw.com,
           karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormickn
           jlaw.com
          Kevin Gordon McDonald    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
           YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES,SERIES
           2007-13 kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                TOTAL: 10