UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
**Caption in compliance with D.N.J. LBR 9004-1(b)**

**BECKER LLC**
354 Eisenhower Parkway
Eisenhower Plaza Two, Suite 1500
Livingston, New Jersey 07039
(973) 422-1100
J. ALEX KRESS, ESQ.
(akress@becker.legal)
Counsel for Horizon Healthcare Services, Inc. d/b/a
Horizon Blue Cross Blue Shield of New Jersey and
Horizon Healthcare of New Jersey, Inc. d/b/a Horizon NJ
Health

In re:

STEVEN F. DORFMAN,

                                                    Debtor.

**Order Filed on October 7, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey**

Case No. 18-34917 (JNP)

Chapter 7

**Hearing Date:          On Consent**

**NINTH CONSENT ORDER FURTHER EXTENDING TIME TO FILE A COMPLAINT PURSUANT TO 11 U.S.C. § 523(A) TO DETERMINE THE DISCHARGEABILITY OF HORIZON'S CLAIMS AGAINST THE DEBTOR**

Based on the subjoined consent of the parties, the relief set forth on the following

page numbered two (2), is hereby **ORDERED.**

**DATED: October 7, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**Page       2 of 2**

**Debtor:    Steven F. Dorfman**

**Case No.  18-34917 (JNP)**

**Caption:** *Ninth Consent Order Further Extending Time to File a Complaint Pursuant to* <u>*11 U.S.C. § 523(a)*</u> *to Determine the Dischargeability of Horizon's Claims Against the Debtor*

_____

     **THIS MATTER** having been presented to the Court upon the subjoined consent of Becker LLC, counsel to Horizon Healthcare Services, Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey and Horizon Healthcare of New Jersey, Inc. d/b/a NJ Health (collectively, "<u>Horizon</u>"), and Boyle & Valenti Law, P.C., counsel to the debtor herein, Steven F. Dorfman (the "<u>Debtor</u>"); and it appearing from the subjoined consent of their counsel that Horizon and the Debtor agree to the relief set forth herein; and good and sufficient cause appearing for the entry of the within Order;

     **It is hereby ORDERED as follows:**

     1.    The time for Horizon to file a complaint to determine the dischargeability of Horizon's claims against the Debtor pursuant to Bankruptcy Code § 523(a) be, and hereby is, EXTENDED to October 18, 2019, without prejudice to further extensions.

We hereby consent to the form, substance
and entry of the foregoing Consent Order:

| | |
|---|---|
| **BECKER LLC** | **BOYLE & VALENTI LAW, P.C.** |
| Counsel for Horizon Healthcare Services, Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey and Horizon Healthcare of New Jersey, Inc. d/b/a Horizon NJ Health | Counsel for the Debtor, Steven F. Dorfman |
| By:  _/s/_   _J. Alex Kress_____ | By:  _/s/_   _Carrie J. Boyle_____ |
|        J. Alex Kress |        Carrie J. Boyle |
| Dated:  September 26, 2019 | Dated:  September 25, 2019 |

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 18-34917-JNP
Steven F Dorfman                                                Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin           Page 1 of 1          Date Rcvd: Oct 08, 2019
                              Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 10, 2019.
db             +Steven F Dorfman,    1678 West Chesnut Avenue,    Vineland, NJ 08360-4365

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 8, 2019 at the address(es) listed below:
              Andrew  Sklar    andy@sklarlaw.com,   NJ43@ecfcbis.com;dolores@sklarlaw.com
              Carrie J. Boyle    on behalf of Debtor Steven F Dorfman cboyle@b-vlaw.com,
               cvitullo@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;l
               wood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net;J.CR73128@notify.bestcase.com
              Elizabeth K. Holdren    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New
               York, as Trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series
               2007-13 eholdren@hillwallack.com,   jhanley@hillwallack.com;hwbknj@hillwallack.com
              J. Alex Kress    on behalf of Creditor   Horizon Healthcare Services Inc. akress@becker.legal,
               mambrose@becker.legal;akress@ecf.courtdrive.com
              J. Alex Kress    on behalf of Creditor   Horizon Healthcare of New Jersey, Inc. d/b/a Horizon NJ
               Health akress@becker.legal,   mambrose@becker.legal;akress@ecf.courtdrive.com
              J. Alex Kress    on behalf of Creditor   Horizon Healthcare Services, Inc. d/b/a Horizon Blue
               Cross Blue Shield of New Jersey akress@becker.legal,
               mambrose@becker.legal;akress@ecf.courtdrive.com
              Jason Brett Schwartz    on behalf of Creditor   BMW Bank of North America
               jschwartz@mesterschwartz.com
              Joseph A McCormick, Jr.    on behalf of Trustee Andrew  Sklar jmccormick@mccormicknjlaw.com,
               karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormickn
               jlaw.com
              Kevin Gordon McDonald    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES,SERIES
               2007-13 kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 10