UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
DORFMAN, STEVEN F

Case No.: 18-34917-JNP  
Chapter: 7  
Judge: Jerrold N. Poslusny, Jr.

## NOTICE OF PROPOSED ABANDONMENT

Andrew Sklar, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk, US Bankruptcy Court<br>District of New Jersey<br>PO Box 2067<br>Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny, Jr. on November 19, 2019, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 4C . (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | Debtor's ½ Interest in:<br>1678 WEST CHESNUT AVENUE, VINELAND NJ 08360<br>(FMV $250,000.00) |
|---|---|

| Liens on property: | $218,261.00 - SHELLPOINT MORTGAGE SERVICING |
|---|---|

| Amount of equity claimed as exempt: | $11,825.00<br>$11,825.00 - Co-Owner/Non-Debtor |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:     Andrew Sklar, Chapter 7 Trustee

Address:     1200 Laurel Oak Road - Suite 102, Voorhees, NJ 08043

Telephone No.: 856-258-4050

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 18-34917-JNP
Steven F Dorfman                                                       Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 3              Date Rcvd: Oct 16, 2019
                              Form ID: pdf905          Total Noticed: 63

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2019.
```
db             +Steven F Dorfman,    1678 West Chesnut Avenue,    Vineland, NJ 08360-4365
cr              Horizon Healthcare Services, Inc. d/b/a Horizon Bl,    Three Penn Plaza East,
                 Newark, NJ   07105-2200
cr             +Horizon Healthcare of New Jersey, Inc. d/b/a Horiz,    c/o Becker LLC,   354 Eisenhower Parkway,
                 Plaza Two, Suite 1500,    Livingston, NJ 07039-1023
518442860      +1 Global Capital LLC,    Jonathan S. Feldman, Esq.,    200 S. Andrews Avenue, Suite 600,
                 Fort Lauderdale, FL 33301-2066
518343317      +1 Global Capital, LLC,    c/o Darla Gordon, Esq.,    Perlman, Bajandas, Yevoli & Albright, P.,
                 200 S. Andrews Avenue, Suite 600,    Fort Lauderdale, FL 33301-2066
517932325     #+Accurate Medical Billing,    P.O. Box 146,    Asbury, NJ 08802-0146
518124921      +Accurate Medical Billing,    c/o David B. Watner, Esq.,    1129 Bloomfield Avenue, #208,
                 West Caldwell, NJ 07006-7123
517932326      +Aes/cit08bbc,    Attn: Bankruptcy,    Po Box 2461,    Harrisburg, PA 17105-2461
517932327      +Alan Angelo,    2516 Mays Landing Road,    Millville, NJ 08332-1104
518188601       Ascendium Education Solutions and Affiliates,    PO Box 8961,    Madison, Wi 53708-8961
517932328     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,    Attn: Bankruptcy,    Po Box 982238,
                 El Paso, TX 79998)
518158912       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517932331       City of Vineland Municipal Utilities,    600 E. Wood Street,    Vineland, NJ 08360
517932333      +Director of Special Investigations,    Horizon BCBS of NJ,    250 Century Parkway,
                 Mount Laurel, NJ 08054-1121
517932334      +Dorfman Enterprises, LLC,    1027 Chestnut Avenue,    Vineland, NJ 08360-5838
517932335      +Edsouth/glelsi,    2401 International Lane,    Madison, WI 53704-3121
517932337      +Enixa Dorfman,    1678 W. Chestnut Avenue,    Vineland, NJ 08360-4365
517932338      +Equifax,    Attn: Bankruptcy,    P.O Box 740241,    Atlanta, GA 30374-0241
517932339      +Experian,    Attn: Bankrupty,    P.O. Box 4500,    Allen, TX 75013-1311
517932340      +First Premier Bank,    Attn: Bankruptcy,    Po Box 5524,    Sioux Falls, SD 57117-5524
517932342      +Highland Carpet Outlet,    1736 Dutch Mill Road,    Franklinville, NJ 08322-2114
517932343       Horizon BCBS of NJ,    PO Box 10193,    Newark, NJ 07101-3117
518074616      +Horizon Healthcare Services Inc.,    dba Horizon Blue Cross Blue Shield of Ne,
                 Three Penn Plaza East,    Newark NJ 07105-2200
518074686       Horizon Healthcare Services Inc.,    dba Horizon NJ Health,    250 Century Parkway,
                 Mt. Laurel, NJ 08054-1121
517932344      +Horizon Healthcare Services, Inc.,    c/o Barry S. Crane, Esq.,    Becker LLC,
                 354 Eisenhower Parkway, Suite 1500,    Livingston, NJ 07039-1023
518152662      +Horizon Healthcare of New Jersey, Inc,    c/o J.Alex Kress, Esq.-Becker LLC,
                 354 Eisenhower Parkway, Suite 1500,    Livingston NJ 07039-1023
518148345      +Horizon Healthcare of New Jersey, Inc.,,    d/b/a Horizon New Jersey Health,
                 Three Penn Plaza East,    Newark, New Jersey 07105-2200
517932345      +Horizon NJ Health,    250 Century Parkway,    Mount Laurel, NJ 08054-1121
518418831      +Jessical L. Gonzalez,    135 West Howard Street,    Clayton, NJ 08312-1112
517932350      +Mabtc/tfc,    Attn: Bankruptcy,    Po Box 13306,    Chesapeake, VA 23325-0306
517932352       New Jersey Family Support Srvs Center,    PO Box 5313,    Trenton, NJ 08638-0313
517932353       New Jersey Family Support Svs. Center,    P.O. Box 5313,    Trenton, NJ 08638-0313
517932355      +Northern Leasing,    419 East Main Street,    Suite 102,    Middletown, NY 10940-2552
517932356      +Ray And Flan,    Attn: Bankruptcy,    1000 Macarthur Blvd.,    Mahwah, NJ 07430-2035
517932357       Raymour & Flanigan,    PO Box 33802,    Detroit, MI 48232-5802
517932359      +SNG Capital Investors, LLC,    35 East Grassy Sprain Road,    Yonkers, NY 10710-4620
517932354     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: NJ Division of Taxation,    Bankruptcy Section,    PO Box 245,
                 Trenton, NJ 08695)
517932358      +Shellpoint Mortgage Servicing,    Attn: Bankruptcy,    Po Box 10826,    Greenville, SC 29603-0826
517932360      +The Bank of New York Mellon,    c/o Bradley J. Osborne, Esquire,
                 Richard M. Squire & Associates, LLC,    115 West Avenue, Suite 104,    Jenkintown, PA 19046-2031
517932361      +The Law Offices of Jeffrey Randolph, LLC,    139 Harrison Road, Suite 205,
                 Glen Rock, NJ 07452-3304
517932362      +The Wellness & Recovery Center, LLC,    1027 E. Chestnut Avenue,    Vineland, NJ 08360-5838
517932364      +TransUnion,    Attn: Bankruptcy,    P.O. Box 2000,    Chester, PA 19016-2000
517932365      +Tri State Credit Corp,    2188 N Delsea Dr,    Vineland, NJ 08360-1971
518141826      +Vineland Municipal Utilities,    Jeffrey N. Medio, Esq.,    717 E. Elmer St., Ste 7,
                 Vineland, NJ 08360-4758
517932366      +World Global Financing Inc,    c/o The Law Office of Tara N. Pomparelli,
                 30 Wall Street, Eighth Floor,    New York, NY 10005-2201
518071907      +World Global Financing, Inc.,    Steven Zakharyayev, Esq.,    1430 Broadway Suite 402,
                 New York, NY 10018-3371

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 17 2019 00:21:14     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 17 2019 00:21:10      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
```

```
District/off: 0312-1          User: admin              Page 2 of 3              Date Rcvd: Oct 16, 2019
                              Form ID: pdf905          Total Noticed: 63


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517962003       E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Oct 17 2019 00:20:37
                 AmeriCredit Financial Services, Inc.,    dba GM Financial,    P O Box 183853,
                 Arlington, TX 76096
518120335       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 17 2019 00:31:11
                 Ashley Funding Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517936947      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 17 2019 00:17:44
                 BMW Bank of North America,    AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
518143169       E-mail/PDF: ais.bmw.ebn@americaninfosource.com Oct 17 2019 00:17:52
                 BMW Financial Services NA, LLC,    P.O. Box 3608,    Dublin OH 43016, OH  43016
517932329       E-mail/PDF: ais.bmw.ebn@americaninfosource.com Oct 17 2019 00:17:50     Bmw Financial Services,
                 Attn: Bankruptcy Department,    Po Box 3608,    Dublin, OH 43016
517932330      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 17 2019 00:15:29      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518125588      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 17 2019 00:18:02
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517932332       E-mail/PDF: creditonebknotifications@resurgent.com Oct 17 2019 00:16:38      Credit One Bank,
                 PO Box 60500,    City of Industry, CA 91716-0500
517932347       E-mail/Text: cio.bncmail@irs.gov Oct 17 2019 00:20:27      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
517932348      +E-mail/Text: bncnotices@becket-lee.com Oct 17 2019 00:20:11      Kohls/Capital One,
                 Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
518055854       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 17 2019 00:31:11      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517932349      +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 17 2019 00:17:57
                 LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,
                 Greenville, SC 29603-0497
517932351      +E-mail/Text: n.gong@mantisfunding.com Oct 17 2019 00:19:48      Mantis Funding, LLC,
                 64 Beaver Street, Suite 344,    New York, NY 10004-2508
518233241       E-mail/Text: tidewaterlegalebn@twcs.com Oct 17 2019 00:20:20      Tidewater Finance Company,
                 PO Box 13306,    Chesapeake, VA 23325
517932363       E-mail/Text: tidewaterlegalebn@twcs.com Oct 17 2019 00:20:21      Tidewater Finance Company,
                 PO Box 17308,    Baltimore, MD 21297-1308
                                                                                              TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             Horizon Healthcare Services Inc.,    dba Horizon NJ Health,    250 Century Parkway,
                 Mt. Laurel, NJ  08054-1121
518177645*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:  State of New Jersey,    Department of Treasury,
                 Division of Taxation,    PO BOX 245,    Trenton NJ 08695-0245)
517932336      ##+Empire Recovery Services,    400 Frank W. Burr Blvd,    Suite 37,    Teaneck, NJ 07666-6810
517932341      ##+Hamilton, Bridges & Banks, Inc,    4100 W Kennedy Blvd,    Tampa, FL 33609-2244
517932346      ##+Horizon NJ Health,    210 Silvia Street West,    Trenton, NJ 08628-3242
                                                                                   TOTALS: 0, * 2, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-1           User: admin              Page 3 of 3                   Date Rcvd: Oct 16, 2019
                               Form ID: pdf905          Total Noticed: 63
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 15, 2019 at the address(es) listed below:
              Andrew   Sklar    andy@sklarlaw.com, NJ43@ecfcbis.com;dolores@sklarlaw.com
              Carrie J. Boyle    on behalf of Debtor Steven F Dorfman cboyle@b-vlaw.com,
               cvitullo@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;l
               wood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net;J.CR73128@notify.bestcase.com
              Elizabeth K. Holdren    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New
               York, as Trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series
               2007-13 eholdren@hillwallack.com,    jhanley@hillwallack.com;hwbknj@hillwallack.com
              J. Alex Kress    on behalf of Creditor    Horizon Healthcare of New Jersey, Inc. d/b/a Horizon NJ
               Health akress@becker.legal,    mambrose@becker.legal;akress@ecf.courtdrive.com
              J. Alex Kress    on behalf of Creditor    Horizon Healthcare Services, Inc. d/b/a Horizon Blue
               Cross Blue Shield of New Jersey akress@becker.legal,
               mambrose@becker.legal;akress@ecf.courtdrive.com
              J. Alex Kress    on behalf of Creditor    Horizon Healthcare Services Inc. akress@becker.legal,
               mambrose@becker.legal;akress@ecf.courtdrive.com
              Jason Brett Schwartz    on behalf of Creditor    BMW Bank of North America
               jschwartz@mesterschwartz.com
              Joseph A McCormick, Jr.    on behalf of Trustee Andrew   Sklar jmccormick@mccormicknjlaw.com,
               karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormickn
               jlaw.com
              Kevin Gordon McDonald    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES,SERIES
               2007-13 kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 10