| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY **Caption in compliance with D.N.J. LBR 9004-1(b)** **BECKER LLC** 354 Eisenhower Parkway Eisenhower Plaza Two, Suite 1500 Livingston, New Jersey 07039 (973) 422-1100 J. ALEX KRESS, ESQ. (akress@becker.legal) Counsel for Horizon Healthcare Services, Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey and Horizon Healthcare of New Jersey, Inc. d/b/a Horizon NJ Health | Order Filed on December 20, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey |
| In re: STEVEN F. DORFMAN, Debtor. | Case No. 18-34917 (JNP) Chapter 7 **Hearing Date:** Jan. 7, 2020 at 10:00 a.m. |

**ELEVENTH CONSENT ORDER FURTHER EXTENDING TIME TO FILE A COMPLAINT PURSUANT TO 11 U.S.C. § 523(a) TO DETERMINE THE DISCHARGEABILITY OF HORIZON'S CLAIMS AGAINST THE DEBTOR**

Based on the subjoined consent of the parties as set forth on the following page numbered three (3), the relief set forth on the following page numbered two (2), is hereby

**ORDERED.**

**DATED: December 20, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**Debtor:**   Steven F. Dorfman

**Case No.**   18-34917 (JNP)

**Caption:** *Eleventh Consent Order Further Extending Time to File a Complaint Pursuant to 11 U.S.C. § 523(a) to Determine the Dischargeability of Horizon's Claims Against the Debtor*

---

**THIS MATTER** having been presented to the Court upon the motion of Becker LLC, counsel to Horizon Healthcare Services, Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey and Horizon Healthcare of New Jersey, Inc. d/b/a Horizon NJ Health (collectively, "Horizon"), for the entry of an Order extending Horizon's time to file a complaint to determine the dischargeability of its claims against the debtor herein, Steven F. Dorfman (the "Debtor"); and it appearing from the subjoined consent of Becker LLC, counsel to Horizon, and Boyle & Valenti Law, P.C., counsel to the Debtor, that Horizon and the Debtor agree to the relief set forth herein; and good and sufficient cause appearing for the entry of the within Order;

**It is hereby ORDERED as follows:**

1.   The time for Horizon to file a complaint to determine the dischargeability of Horizon's claims against the Debtor pursuant to Bankruptcy Code § 523(a) be, and hereby is, EXTENDED to January 15, 2020, without prejudice to further extensions.

**Debtor:**    **Steven F. Dorfman**

**Case No.**    **18-34917 (JNP)**

**Caption:**    *Eleventh Consent Order Further Extending Time to File a Complaint Pursuant to 11 U.S.C. § 523(a) to Determine the Dischargeability of Horizon's Claims Against the Debtor*

---

We hereby consent to the form, substance and entry of the foregoing Consent Order:

| | |
|---|---|
| **BECKER LLC** | **BOYLE & VALENTI LAW, P.C.** |
| Counsel for Horizon Healthcare Services, Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey and Horizon Healthcare of New Jersey, Inc. d/b/a Horizon NJ Health | Counsel for the Debtor, Steven F. Dorfman |
| By:   /s/    *J. Alex Kress* <br>          J. Alex Kress | By:   /s/    *Carrie J. Boyle* <br>          Carrie J. Boyle |
| Dated: December 18, 2019 | Dated: December 18, 2019 |