| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY **Caption in compliance with D.N.J. LBR 9004-1(b)** |
|---|
| BECKER LLC<br>354 Eisenhower Parkway<br>Eisenhower Plaza Two, Suite 1500<br>Livingston, New Jersey 07039<br>(973) 422-1100<br>J. ALEX KRESS, ESQ.<br>(akress@becker.legal)<br>Counsel for Horizon Healthcare Services, Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey and Horizon Healthcare of New Jersey, Inc. d/b/a Horizon NJ Health |

Order Filed on December 20, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

    STEVEN F. DORFMAN,

Debtor.

Case No. 18-34917 (JNP)

Chapter 7

**Hearing Date:**    Jan. 7, 2020
                            at 10:00 a.m.

**ELEVENTH CONSENT ORDER FURTHER EXTENDING TIME TO FILE A COMPLAINT PURSUANT TO 11 U.S.C. § 523(a) TO DETERMINE THE DISCHARGEABILITY OF HORIZON'S CLAIMS AGAINST THE DEBTOR**

Based on the subjoined consent of the parties as set forth on the following page numbered three (3), the relief set forth on the following page numbered two (2), is hereby **ORDERED.**

**DATED: December 20, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**Debtor:**   Steven F. Dorfman

**Case No.**  18-34917 (JNP)

**Caption:**  *Eleventh Consent Order Further Extending Time to File a Complaint Pursuant to 11 U.S.C. § 523(a) to Determine the Dischargeability of Horizon's Claims Against the Debtor*

___

**THIS MATTER** having been presented to the Court upon the motion of Becker LLC, counsel to Horizon Healthcare Services, Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey and Horizon Healthcare of New Jersey, Inc. d/b/a Horizon NJ Health (collectively, "Horizon"), for the entry of an Order extending Horizon's time to file a complaint to determine the dischargeability of its claims against the debtor herein, Steven F. Dorfman (the "Debtor"); and it appearing from the subjoined consent of Becker LLC, counsel to Horizon, and Boyle & Valenti Law, P.C., counsel to the Debtor, that Horizon and the Debtor agree to the relief set forth herein; and good and sufficient cause appearing for the entry of the within Order;

**It is hereby ORDERED as follows:**

1.  The time for Horizon to file a complaint to determine the dischargeability of Horizon's claims against the Debtor pursuant to Bankruptcy Code § 523(a) be, and hereby is, EXTENDED to January 15, 2020, without prejudice to further extensions.

**Page    3 of 3**

**Debtor:**   Steven F. Dorfman

**Case No.   18-34917 (JNP)**

**Caption:**   *Eleventh Consent Order Further Extending Time to File a Complaint Pursuant to 11 U.S.C. § 523(a) to Determine the Dischargeability of Horizon's Claims Against the Debtor*

---

We hereby consent to the form, substance and entry of the foregoing Consent Order:

| | |
|---|---|
| **BECKER LLC** | **BOYLE & VALENTI LAW, P.C.** |
| Counsel for Horizon Healthcare Services, Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey and Horizon Healthcare of New Jersey, Inc. d/b/a Horizon NJ Health | Counsel for the Debtor, Steven F. Dorfman |
| By:  */s/    J. Alex Kress*<br>            J. Alex Kress | By:  */s/    Carrie J. Boyle*<br>            Carrie J. Boyle |
| Dated: December 18, 2019 | Dated: December 18, 2019 |

United States Bankruptcy Court
District of New Jersey

In re:  
Steven F Dorfman  
      Debtor

Case No. 18-34917-JNP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Dec 20, 2019  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2019.  
db          +Steven F Dorfman,    1678 West Chesnut Avenue,    Vineland, NJ 08360-4365

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                             TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2019                                                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2019 at the address(es) listed below:

          Andrew   Sklar    andy@sklarlaw.com,   NJ43@ecfcbis.com;dolores@sklarlaw.com  
          Carrie J. Boyle    on behalf of Debtor Steven F Dorfman cboyle@b-vlaw.com,  
           cvitullo@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net;J.CR73128@notify.bestcase.com  
          Elizabeth K. Holdren    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2007-13 eholdren@hillwallack.com,   jhanley@hillwallack.com;hwbknj@hillwallack.com  
          J. Alex Kress    on behalf of Creditor    Horizon Healthcare Services Inc. akress@becker.legal,   mambrose@becker.legal;akress@ecf.courtdrive.com  
          J. Alex Kress    on behalf of Creditor    Horizon Healthcare of New Jersey, Inc. d/b/a Horizon NJ Health akress@becker.legal,   mambrose@becker.legal;akress@ecf.courtdrive.com  
          J. Alex Kress    on behalf of Creditor    Horizon Healthcare Services, Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey akress@becker.legal,   mambrose@becker.legal;akress@ecf.courtdrive.com  
          Jason Brett Schwartz    on behalf of Creditor    BMW Bank of North America  jschwartz@mesterschwartz.com  
          Joseph A McCormick, Jr.    on behalf of Trustee Andrew   Sklar jmccormick@mccormicknjlaw.com,   karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormicknjlaw.com  
          Kevin Gordon McDonald    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES,SERIES 2007-13 kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                                                           TOTAL: 10