## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: _____18-34917_____ |
| | Chapter: _____7_____ |
| Steven F. Dorfman, | Judge: _____JNP_____ |
| Debtor. | |

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

_____Steven F. Dorfman_____, _____the Debtor_____, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk:   U.S. Bankruptcy Court Clerk - Camden Vicinage
U.S. Post Office and Courthouse
401 Market Street
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable _____Jerrold N. Poslusny_____ on _____February 18, 2020_____ at ___10___ a.m. at the United States Bankruptcy Court, courtroom no. ___4C___, _____400 Cooper Street, Camden, NJ 08101_____ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action:   Proposed action for non-dischargeability pursuant to 11 U.S.C. sec. 523(a) alleged by (i) Horizon Blue Cross Blue Shield of New Jersey for $953,714, and (ii) Horizon NJ Health for $249,635, against the Debtor.  Both alleged claims collectively the "Horizon Claims."

Pertinent terms of settlement:   The Debtor and Horizon have settled the Horizon Claims for $250,000 of the alleged debt being deemed non-dischargeable. For the 1st 18 months of the settlement, Horizon will keep all insurance reimbursements due to Debtor from Horizon (approx. $2,000 - $2,500/month).  Starting in month 19, the Debtor will pay $5,000/month until the debt is paid in full.  Also, Horizon will share in any distribution to general unsecured creditors, which distributions will be credited against the $250,000.

Objections must be served on, and requests for additional information directed to:

Name: _____Please see attached page._____

Address: _____

Telephone No.: _____

*rev.8/1/15*

As to the Debtor:

Carrie J. Boyle, Esq.
Boyle & Valenti Law P.C.
10 Grove Street
Haddonfield, NJ 08033
856-499-3335


As to Horizon:

Becker LLC
Attn: J. Alex Kress, Esq.
Eisenhower Plaza Two, Suite 1500
354 Eisenhower Parkway
Livingston, New Jersey 07039
973-422-1100

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-34917-JNP
Steven F Dorfman                                                    Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin           Page 1 of 3        Date Rcvd: Jan 16, 2020
                           Form ID: pdf905        Total Noticed: 63

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2020.
```
db          +Steven F Dorfman,    1678 West Chesnut Avenue,    Vineland, NJ 08360-4365
cr           Horizon Healthcare Services, Inc. d/b/a Horizon Bl,    Three Penn Plaza East,
             Newark, NJ  07105-2200
cr          +Horizon Healthcare of New Jersey, Inc. d/b/a Horiz,   c/o Becker LLC,    354 Eisenhower Parkway,
             Plaza Two, Suite 1500,    Livingston, NJ 07039-1023
518442860   +1 Global Capital LLC,    Jonathan S. Feldman, Esq.,    200 S. Andrews Avenue, Suite 600,
             Fort Lauderdale, FL 33301-2066
518343317   +1 Global Capital, LLC,    c/o Darla Gordon, Esq.,    Perlman, Bajandas, Yevoli & Albright, P.,
             200 S. Andrews Avenue, Suite 600,    Fort Lauderdale, FL 33301-2066
517932325   #+Accurate Medical Billing,    P.O. Box 146,    Asbury, NJ 08802-0146
518124921   +Accurate Medical Billing,    c/o David B. Watner, Esq.,    1129 Bloomfield Avenue, #208,
             West Caldwell, NJ 07006-7123
517932326   +Aes/cit08bbc,    Attn: Bankruptcy,    Po Box 2461,    Harrisburg, PA 17105-2461
517932327   +Alan Angelo,    2516 Mays Landing Road,    Millville, NJ 08332-1104
518188601    Ascendium Education Solutions and Affiliates,    PO Box 8961,    Madison, Wi 53708-8961
517932328   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank Of America,    Attn: Bankruptcy,    Po Box 982238,
             El Paso, TX 79998)
518158912    Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517932331   +City of Vineland Municipal Utilities,    600 E. Wood Street,    Vineland, NJ 08360
517932333   +Director of Special Investigations,    Horizon BCBS of NJ,    250 Century Parkway,
             Mount Laurel, NJ 08054-1121
517932334   +Dorfman Enterprises, LLC,    1027 Chestnut Avenue,    Vineland, NJ 08360-5838
517932335   +Edsouth/glelsi,    2401 International Lane,    Madison, WI 53704-3121
517932337   +Enixa Dorfman,    1678 W. Chestnut Avenue,    Vineland, NJ 08360-4365
517932338   +Equifax,    Attn: Bankruptcy,    P.O Box 740241,    Atlanta, GA 30374-0241
517932339   +Experian,    Attn: Bankruptcy,    P.O. Box 4500,    Allen, TX 75013-1311
517932340   +First Premier Bank,    Attn: Bankruptcy,    Po Box 5524,    Sioux Falls, SD 57117-5524
517932342   +Highland Carpet Outlet,    1736 Dutch Mill Road,    Franklinville, NJ 08322-2114
517932343    Horizon BCBS of NJ,    PO Box 10193,    Newark, NJ 07101-3117
518074616   +Horizon Healthcare Services Inc.,    dba Horizon Blue Cross Blue Shield of Ne,
             Three Penn Plaza East,    Newark NJ 07105-2200
518074686    Horizon Healthcare Services Inc.,    dba Horizon NJ Health,    250 Century Parkway,
             Mt. Laurel, NJ 08054-1121
517932344   +Horizon Healthcare Services, Inc.,    c/o Barry S. Crane, Esq.,    Becker LLC,
             354 Eisenhower Parkway, Suite 1500,    Livingston, NJ 07039-1023
518152662   +Horizon Healthcare of New Jersey, Inc,    c/o J.Alex Kress, Esq.-Becker LLC,
             354 Eisenhower Parkway, Suite 1500,    Livingston NJ 07039-1023
518148345   +Horizon Healthcare of New Jersey, Inc.,,    d/b/a Horizon New Jersey Health,
             Three Penn Plaza East,    Newark, New Jersey 07105-2200
517932345   +Horizon NJ Health,    250 Century Parkway,    Mount Laurel, NJ 08054-1121
518418831   +Jessical L. Gonzalez,    135 West Howard Street,    Clayton, NJ 08312-1112
517932350   +Mabtc/tfc,    Attn: Bankruptcy,    Po Box 13306,    Chesapeake, VA 23325-0306
517932352    New Jersey Family Support Srvs Center,    PO Box 5313,    Trenton, NJ 08638-0313
517932353    New Jersey Family Support Svs. Center,    P.O. Box 5313,    Trenton, NJ 08638-0313
517932355   +Northern Leasing,    419 East Main Street,    Suite 102,    Middletown, NY 10940-2552
517932356   +Ray And Flan,    Attn: Bankruptcy,    1000 Macarthur Blvd.,    Mahwah, NJ 07430-2035
517932357    Raymour & Flanigan,    PO Box 33802,    Detroit, MI 48232-5802
517932359   +SNG Capital Investors, LLC,    35 East Grassy Sprain Road,    Yonkers, NY 10710-4620
517932354   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
             TRENTON NJ 08646-0245
             (address filed with court: NJ Division of Taxation,    Bankruptcy Section,    PO Box 245,
             Trenton, NJ 08695)
517932358   +Shellpoint Mortgage Servicing,    Attn: Bankruptcy,    Po Box 10826,    Greenville, SC 29603-0826
517932360   +The Bank of New York Mellon,    c/o Bradley J. Osborne, Esquire,
             Richard M. Squire & Associates, LLC,    115 West Avenue, Suite 104,    Jenkintown, PA 19046-2031
517932361   +The Law Offices of Jeffrey Randolph, LLC,    139 Harrison Road, Suite 205,
             Glen Rock, NJ 07452-3304
517932362   +The Wellness & Recovery Center, LLC,    1027 E. Chestnut Avenue,    Vineland, NJ 08360-5838
517932364   +TransUnion,    Attn: Bankruptcy,    P.O. Box 2000,    Chester, PA 19016-2000
517932365   +Tri State Credit Corp,    2188 N Delsea Dr,    Vineland, NJ 08360-1971
518141826   +Vineland Municipal Utilities,    Jeffrey N. Medio, Esq.,    717 E. Elmer St., Ste 7,
             Vineland, NJ 08360-4758
517932366   +World Global Financing Inc,    c/o The Law Office of Tara N. Pomparelli,
             30 Wall Street, Eighth Floor,    New York, NY 10005-2201
518071907   +World Global Financing, Inc.,    Steven Zakharyayev, Esq.,    1430 Broadway Suite 402,
             New York, NY 10018-3371
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jan 16 2020 23:45:56     U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 16 2020 23:45:54     United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
```

District/off: 0312-1          User: admin              Page 2 of 3            Date Rcvd: Jan 16, 2020
                              Form ID: pdf905           Total Noticed: 63

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517962003        E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jan 16 2020 23:45:32
                 AmeriCredit Financial Services, Inc.,   dba GM Financial,   P O Box 183853,
                 Arlington, TX 76096
518120335        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 16 2020 23:51:04
                 Ashley Funding Services, LLC,   Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
517936947       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 16 2020 23:50:55
                 BMW Bank of North America,   AIS Portfolio Services, LP,   4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
518143169        E-mail/PDF: ais.bmw.ebn@americaninfosource.com Jan 16 2020 23:51:13
                 BMW Financial Services NA, LLC,   P.O. Box 3608,   Dublin OH 43016, OH  43016
517932329        E-mail/PDF: ais.bmw.ebn@americaninfosource.com Jan 16 2020 23:50:59        Bmw Financial Services,
                 Attn: Bankruptcy Department,   Po Box 3608,   Dublin, OH 43016
517932330       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 16 2020 23:51:38       Capital One,
                 Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
518125588       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 17 2020 00:03:41
                 Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517932332        E-mail/PDF: creditonebknotifications@resurgent.com Jan 16 2020 23:51:45       Credit One Bank,
                 PO Box 60500,   City of Industry, CA 91716-0500
517932347        E-mail/Text: cio.bncmail@irs.gov Jan 16 2020 23:45:22       Internal Revenue Service,
                 PO Box 7346,   Philadelphia, PA 19101-7346
517932348       +E-mail/Text: bncnotices@becket-lee.com Jan 16 2020 23:45:11       Kohls/Capital One,
                 Kohls Credit,   Po Box 3120,   Milwaukee, WI 53201-3120
518055854        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 16 2020 23:51:58       LVNV Funding, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
517932349       +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 16 2020 23:51:53
                 LVNV Funding/Resurgent Capital,   Attn: Bankruptcy,   Po Box 10497,
                 Greenville, SC 29603-0497
517932351       +E-mail/Text: n.gong@mantisfunding.com Jan 16 2020 23:44:52       Mantis Funding, LLC,
                 64 Beaver Street, Suite 344,   New York, NY 10004-2508
518233241        E-mail/Text: tidewaterlegalebn@twcs.com Jan 16 2020 23:45:19       Tidewater Finance Company,
                 PO Box 13306,   Chesapeake, VA 23325
517932363        E-mail/Text: tidewaterlegalebn@twcs.com Jan 16 2020 23:45:19       Tidewater Finance Company,
                 PO Box 17308,   Baltimore, MD 21297-1308
                                                                                         TOTAL: 17


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             Horizon Healthcare Services Inc.,   dba Horizon NJ Health,   250 Century Parkway,
                 Mt. Laurel, NJ  08054-1121
518177645*     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
                 (address filed with court: State of New Jersey,   Department of Treasury,
                 Division of Taxation,   PO BOX 245,   Trenton NJ 08695-0245)
517932336       ##+Empire Recovery Services,   400 Frank W. Burr Blvd,   Suite 37,   Teaneck, NJ 07666-6810
517932341       ##+Hamilton, Bridges & Banks, Inc,   4100 W Kennedy Blvd,   Tampa, FL 33609-2244
517932346       ##+Horizon NJ Health,   210 Silvia Street West,   Trenton, NJ 08628-3242
                                                                            TOTALS: 0, * 2, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2020                                    Signature:  /s/Joseph Speetjens

District/off: 0312-1          User: admin              Page 3 of 3              Date Rcvd: Jan 16, 2020
                             Form ID: pdf905           Total Noticed: 63

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 14, 2020 at the address(es) listed below:

      Andrew  Sklar    andy@sklarlaw.com,  NJ43@ecfcbis.com;dolores@sklarlaw.com
      Carrie J. Boyle    on behalf of Debtor Steven F Dorfman cboyle@b-vlaw.com,
      cvitullo@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;l
      wood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net;J.CR73128@notify.bestcase.com
      Elizabeth K. Holdren    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New
      York, as Trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series
      2007-13 eholdren@hillwallack.com,  jhanley@hillwallack.com;hwbknj@hillwallack.com
      J. Alex Kress    on behalf of Creditor    Horizon Healthcare of New Jersey, Inc. d/b/a Horizon NJ
      Health akress@becker.legal,  mambrose@becker.legal;akress@ecf.courtdrive.com
      J. Alex Kress    on behalf of Creditor    Horizon Healthcare Services, Inc. d/b/a Horizon Blue
      Cross Blue Shield of New Jersey akress@becker.legal,
      mambrose@becker.legal;akress@ecf.courtdrive.com
      J. Alex Kress    on behalf of Creditor    Horizon Healthcare Services Inc. akress@becker.legal,
      mambrose@becker.legal;akress@ecf.courtdrive.com
      Jason Brett Schwartz    on behalf of Creditor    BMW Bank of North America
      jschwartz@mesterschwartz.com
      Joseph A McCormick, Jr.    on behalf of Trustee Andrew  Sklar jmccormick@mccormicknjlaw.com,
      karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormickn
      jlaw.com
      Kevin Gordon McDonald    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
      YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES,SERIES
      2007-13 kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                          TOTAL: 10