| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY<br>**Caption in compliance with D.N.J. LBR 9004-1(b)** | Order Filed on January 24, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| BECKER LLC<br>354 Eisenhower Parkway<br>Eisenhower Plaza Two, Suite 1500<br>Livingston, New Jersey 07039<br>(973) 422-1100<br>J. ALEX KRESS, ESQ.<br>(akress@becker.legal)<br>Counsel for Horizon Healthcare Services, Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey and Horizon Healthcare of New Jersey, Inc. d/b/a Horizon NJ Health | |
| In re:<br><br>STEVEN F. DORFMAN,<br><br>Debtor. | Case No. 18-34917 (JNP)<br><br>Chapter 7<br><br>**Hearing Date:    On Consent** |

**TWELFTH CONSENT ORDER FURTHER EXTENDING TIME TO FILE A COMPLAINT PURSUANT TO 11 U.S.C. § 523(A) TO DETERMINE THE DISCHARGEABILITY OF HORIZON'S CLAIMS AGAINST THE DEBTOR**

Based on the subjoined consent of the parties, the relief set forth on the following page numbered two (2), is hereby **ORDERED.**

**DATED: January 24, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page    2 of 2

**Debtor:**    Steven F. Dorfman

**Case No.    18-34917 (JNP)**

**Caption:**    ***Twelfth Consent Order Further Extending Time to File a Complaint Pursuant to 11 U.S.C. § 523(a) to Determine the Dischargeability of Horizon's Claims Against the Debtor***

_____

**THIS MATTER** having been presented to the Court upon the subjoined consent of Becker LLC, counsel to Horizon Healthcare Services, Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey and Horizon Healthcare of New Jersey, Inc. d/b/a NJ Health (collectively, "Horizon"), and Boyle & Valenti Law, P.C., counsel to the debtor herein, Steven F. Dorfman (the "Debtor"); and it appearing from the subjoined consent of their counsel that Horizon and the Debtor agree to the relief set forth herein; and good and sufficient cause appearing for the entry of the within Order;

**It is hereby ORDERED as follows:**

1.    The time for Horizon to file a complaint to determine the dischargeability of Horizon's claims against the Debtor pursuant to Bankruptcy Code § 523(a) be, and hereby is, EXTENDED to February 28, 2020, without prejudice to further extensions.

We hereby consent to the form, substance and entry of the foregoing Consent Order:

| | |
|---|---|
| **BECKER LLC**<br>Counsel for Horizon Healthcare Services, Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey and Horizon Healthcare of New Jersey, Inc. d/b/a Horizon NJ Health | **BOYLE & VALENTI LAW, P.C.**<br>Counsel for the Debtor, Steven F. Dorfman |
| By:  /s/    J. Alex Kress<br>          J. Alex Kress | By:  /s/    Carrie J. Boyle<br>          Carrie J. Boyle |
| Dated: January  15 , 2020 | Dated: January  14 , 2020 |

United States Bankruptcy Court
District of New Jersey

In re:  
Steven F Dorfman  
      Debtor

Case No. 18-34917-JNP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jan 24, 2020  
                 Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2020.  
db          +Steven F Dorfman,    1678 West Chesnut Avenue,    Vineland, NJ 08360-4365

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2020                                 Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2020 at the address(es) listed below:

       Andrew   Sklar     andy@sklarlaw.com,    NJ43@ecfcbis.com;dolores@sklarlaw.com  
       Carrie J. Boyle     on behalf of Debtor Steven F Dorfman   cboyle@b-vlaw.com,  
        cvitullo@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net;J.CR73128@notify.bestcase.com  
       Elizabeth K. Holdren     on behalf of Creditor     The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2007-13 eholdren@hillwallack.com,    jhanley@hillwallack.com;hwbknj@hillwallack.com  
       J. Alex Kress     on behalf of Creditor     Horizon Healthcare Services Inc. akress@becker.legal,    mambrose@becker.legal;akress@ecf.courtdrive.com  
       J. Alex Kress     on behalf of Creditor     Horizon Healthcare of New Jersey, Inc. d/b/a Horizon NJ Health akress@becker.legal,    mambrose@becker.legal;akress@ecf.courtdrive.com  
       J. Alex Kress     on behalf of Creditor     Horizon Healthcare Services, Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey akress@becker.legal,    mambrose@becker.legal;akress@ecf.courtdrive.com  
       Jason Brett Schwartz     on behalf of Creditor     BMW Bank of North America   jschwartz@mesterschwartz.com  
       Joseph A McCormick, Jr.     on behalf of Trustee Andrew   Sklar   jmccormick@mccormicknjlaw.com,    karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormicknjlaw.com  
       Kevin Gordon McDonald     on behalf of Creditor     THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES,SERIES 2007-13 kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com  
       U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                       TOTAL: 10