| |
|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY<br>**Caption in compliance with D.N.J. LBR 9004-1(b)**<br>BECKER LLC<br>354 Eisenhower Parkway<br>Eisenhower Plaza Two, Suite 1500<br>Livingston, New Jersey 07039<br>(973) 422-1100<br>J. ALEX KRESS, ESQ.<br>(akress@becker.legal)<br>Counsel for Horizon Healthcare Services, Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey and Horizon Healthcare of New Jersey, Inc. d/b/a Horizon NJ Health |
| In re:<br><br>　　　　STEVEN F. DORFMAN,<br><br>　　　　　　　　　　　　　　Debtor. |

Order Filed on March 30, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 18-34917 (JNP)

Chapter 7

**Hearing Date:    On Consent**

**CONSENT ORDER DECLARING A PORTION OF HORIZON'S CLAIMS AGAINST THE DEBTOR NONDISCHARGEABLE PURSUANT TO 11 U.S.C. § 523(A)**

Based on the subjoined consent of the parties set forth on the following page numbered four (4), the relief set forth on the following pages numbered two (2) through three (3) in paragraphs 1 through 2, is hereby **ORDERED.**

DATED: March 30, 2020

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**Page      2 of 4**

**Debtor:    Steven F. Dorfman**

**Case No.  18-34917 (JNP)**

**Caption:  *Consent Order Declaring a Portion of Horizon's Claims Against the Debtor Nondischargeable Pursuant to 11 U.S.C. § 523(a)***

___

    **THIS MATTER** having been presented to the Court upon the subjoined consent of Becker LLC, counsel to Horizon Healthcare Services, Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey and Horizon Healthcare of New Jersey, Inc. d/b/a Horizon NJ Health (collectively, "Horizon"), and Boyle & Valenti Law, P.C., counsel to the debtor herein, Steven F. Dorfman (the "Debtor"); and it appearing that (i) the debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code (11 U.S.C. §§ 101 et seq.) on December 18, 2018 (the "Commencement Date"), (ii) the Bankruptcy Court entered an Order of Discharge discharging the Debtor of all dischargeable debts on June 19, 2019 [ECF #50] (the "Discharge Order"), (iii) prior to and since the entry of the Discharge Order, the Bankruptcy Court has entered various Order extending Horizon's time to file a complaint to determine the dischargeability of its claims against the Debtor [ECF ##24, 33, 40, 44, 49, 62, 67, 76, 81, 88 and 90] (collectively, the "Extension Orders"), (iv) Horizon has filed claims in the Debtor's bankruptcy case totaling $1,203,349.00 which have been docketed as Claim Nos. 10 and 11 (the "Horizon Claims"), (v) Horizon has asserted that the Horizon Claims are nondischargeable pursuant to 11 U.S.C. § 523(a), (vi) the Debtor has contested Horizon's assertion that the Horizon Claims are nondischargeable, and (vii) in order to avoid the cost and delay to each party in litigating whether or not the Horizon Claims are dischargeable, Horizon and the Debtor have agreed to resolve the issue of the

**Page    3 of 4**

**Debtor:    Steven F. Dorfman**

**Case No.    18-34917 (JNP)**

**Caption:    *Consent Order Declaring a Portion of Horizon's Claims Against the Debtor Nondischargeable Pursuant to 11 U.S.C. § 523(a)***

---

dischargeability of the Horizon Claims through this Consent Order; and it further appearing from the subjoined consent of their counsel that Horizon and the Debtor agree to the relief set forth herein; and good and sufficient cause appearing for the entry of the within Order;

   **It is hereby ORDERED as follows:**

   1.    Horizon shall have a claim against the Debtor in the total amount of TWO HUNDRED FIFTY THOUSAND AND NO HUNDREDTHS DOLLARS ($250,000.00) which shall survive the entry of the Discharge Order and shall be, and hereby is, DECLARED to be NONDISCHARGEABLE in accordance with Horizon's allegations pursuant to Bankruptcy Code § 523(a) (the "Nondischargeable Debt").

   2.    Promptly following the entry of this Consent Order, Horizon shall amend the Horizon Claims to equal the amount of the Nondischargeable Debt (the "Amended Horizon Claims"). The Amended HORIZON Claims shall share in any distribution to creditors in the Debtor's bankruptcy case to the extent not objected to or, if objected to, to the extent allowed by Order of this Court.

**Page    4 of 4**

**Debtor:**  Steven F. Dorfman

**Case No.  18-34917 (JNP)**

**Caption:**  ***Consent Order Declaring a Portion of Horizon's Claims Against the Debtor Nondischargeable Pursuant to 11 U.S.C. § 523(a)***

---

We hereby consent to the form, substance and entry of the foregoing Consent Order:

| | |
|---|---|
| **BECKER LLC** | **BOYLE & VALENTI LAW, P.C.** |
| Counsel for Horizon Healthcare Services, Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey and Horizon Healthcare of New Jersey, Inc. d/b/a Horizon NJ Health | Counsel for the Debtor, Steven F. Dorfman |
| By:  */s/    J. Alex Kress*<br>          J. Alex Kress | By:  */s/    Carrie J. Boyle*<br>          Carrie J. Boyle |
| Dated:  March 27, 2020 | Dated:  March 27, 2020 |

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-34917-JNP
Steven F Dorfman                                                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 1            Date Rcvd: Mar 31, 2020
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2020.
db              +Steven F Dorfman,    1678 West Chesnut Avenue,    Vineland, NJ 08360-4365

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2020 at the address(es) listed below:
              Andrew   Sklar    andy@sklarlaw.com, NJ43@ecfcbis.com
              Carrie J. Boyle    on behalf of Debtor Steven F Dorfman cboyle@b-vlaw.com,
               cvitullo@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;l
               wood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net;J.CR73128@notify.bestcase.com
              Elizabeth K. Holdren    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New
               York, as Trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series
               2007-13 eholdren@hillwallack.com,   jhanley@hillwallack.com;hwbknj@hillwallack.com
              J. Alex Kress    on behalf of Creditor    Horizon Healthcare Services Inc. akress@becker.legal,
               mambrose@becker.legal;akress@ecf.courtdrive.com
              J. Alex Kress    on behalf of Creditor    Horizon Healthcare of New Jersey, Inc. d/b/a Horizon NJ
               Health akress@becker.legal,   mambrose@becker.legal;akress@ecf.courtdrive.com
              J. Alex Kress    on behalf of Creditor    Horizon Healthcare Services, Inc. d/b/a Horizon Blue
               Cross Blue Shield of New Jersey akress@becker.legal,
               mambrose@becker.legal;akress@ecf.courtdrive.com
              Jason Brett Schwartz    on behalf of Creditor    BMW Bank of North America
               jschwartz@mesterschwartz.com
              Joseph A McCormick, Jr.    on behalf of Trustee Andrew  Sklar jmccormick@mccormicknjlaw.com,
               karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormickn
               jlaw.com
              Kevin Gordon McDonald    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES,SERIES
               2007-13 kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10