UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:   Steven F. Dorfman,   Case No.: 18-34917 (JNP)
Chapter: 7
Judge: Jerrold N. Poslusny

**NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY**

Andrew Sklar, Chapter 7 Trustee, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

> Address of the Clerk:
> Jeanne Naughton, Clerk
> United States Bankruptcy Court
> 401 Market Street
> Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny on Tuesday January 19, 2021 at 11:00 a.m. at the United States Bankruptcy Court, courtroom no. 4C, Mitchell H. Cohen Courthouse, 400 Cooper Street, 4th Floor, Camden, New Jersey, 08101 (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

> Nature of action:
> The Trustee proposes to settle an adversary proceeding brought against Steven F Dorfman, Enixa Dorfman, Chirocare For All, LLC, Dorfman Enterprises, LLC, and The Wellness Recovery Center, LLC and assigned Adv. No. 20-01426. The Complaint sought liquidation of Dorfman Enterprises, LLC, piercing the corporate veil, and related relief. Defendants defenses to said claims.

> Pertinent terms of settlement:
> The Trustee shall accept the sum of $58,000 from Defendants to resolve the adversary proceeding, which amount will be payable in 17 monthly installments of $3,222.22 and a final payment of $3,222.26. Monthly payments shall commence on January 1, 2021. There is no pre-payment penalty and defendants can pay off the entire obligation at any time before expiration of the 18 month payment period.
> This obligation shall be non-dischargeable as to all defendants in this or any subsequent proceeding pursuant to the United States Bankruptcy Code.
> In the event of default, default being any payment not paid within 14 days of the date when it is due, plaintiff shall be entitled on notice to all defendants and their attorneys to obtain a judgment by way of certification of default for the amount of the settlement less payments paid to date. Further, in the event of default, Dorfman Enterprises consents to and grants the trustee the right to sell its real estate. Defendants consent to the filing of a lis pendens advising of this

> obligation against real estate owned by Dorfman Enterprises, LLC. Plaintiff shall remove the lis pendens promptly upon payment in full of the settlement balance.
>
> In addition, in the event of default, defendants shall be liable to the trustee for all of the trustee's attorney fees and costs incurred in the effort to enforce the settlement agreement.
>
> Defendants are not entitled to any distribution from the bankruptcy estate.
>
> The Trustee has determined that the probable expense, likelihood of success and difficulty of collection on the claims more than justify the Proposed Settlement. The business judgment of the Trustee is that the settlement is in the best interest of creditors and the Estate.

Objections must be served on, and requests for additional information directed to:

Name:       Paul Pflumm, Esq., Attorney for Trustee

Address:    76 East Euclid Avenue-Suite 103, Haddonfield, NJ 08033

Telephone No.: (856) 795-6500

T:\Joint Clients\Dorfman, Steven F. - DB-1022-M\Notice of Proposed Compromise for Settlement of Controversy 12 16 20.wpd

United States Bankruptcy Court

District of New Jersey

In re:  
Steven F Dorfman  
    Debtor(s)

Case No. 18-34917-JNP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 4  
Date Rcvd: Dec 17, 2020      Form ID: pdf905      Total Noticed: 62

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Steven F Dorfman, 1678 West Chesnut Avenue, Vineland, NJ 08360-4365 |
| cr | | Horizon Healthcare Services, Inc. d/b/a Horizon Bl, Three Penn Plaza East, Newark, NJ 07105-2200 |
| cr | + | Horizon Healthcare of New Jersey, Inc. d/b/a Horiz, c/o Becker LLC, 354 Eisenhower Parkway, Plaza Two, Suite 1500, Livingston, NJ 07039-1023 |
| 518442860 | + | 1 Global Capital LLC, Jonathan S. Feldman, Esq., 200 S. Andrews Avenue, Suite 600, Fort Lauderdale, FL 33301-2066 |
| 518343317 | + | 1 Global Capital, LLC, c/o Darla Gordon, Esq., Perlman, Bajandas, Yevoli & Albright, P., 200 S. Andrews Avenue, Suite 600, Fort Lauderdale, FL 33301-2066 |
| 518124921 | + | Accurate Medical Billing, c/o David B. Watner, Esq., 1129 Bloomfield Avenue, #208, West Caldwell, NJ 07006-7123 |
| 517932326 | + | Aes/cit08bbc, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 517932327 | + | Alan Angelo, 2516 Mays Landing Road, Millville, NJ 08332-1104 |
| 518188601 | | Ascendium Education Solutions and Affiliates, PO Box 8961, Madison, Wi 53708-8961 |
| 517932328 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998 |
| 518158912 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517932331 | | City of Vineland Municipal Utilities, 600 E. Wood Street, Vineland, NJ 08360 |
| 517932333 | + | Director of Special Investigations, Horizon BCBS of NJ, 250 Century Parkway, Mount Laurel, NJ 08054-1121 |
| 517932334 | + | Dorfman Enterprises, LLC, 1027 Chestnut Avenue, Vineland, NJ 08360-5838 |
| 517932335 | + | Edsouth/glelsi, 2401 International Lane, Madison, WI 53704-3121 |
| 517932337 | + | Enixa Dorfman, 1678 W. Chestnut Avenue, Vineland, NJ 08360-4365 |
| 517932338 | + | Equifax, Attn: Bankruptcy, P.O Box 740241, Atlanta, GA 30374-0241 |
| 517932339 | + | Experian, Attn: Bankrupty, P.O. Box 4500, Allen, TX 75013-1311 |
| 517932340 | + | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 517932342 | + | Highland Carpet Outlet, 1736 Dutch Mill Road, Franklinville, NJ 08322-2114 |
| 517932343 | | Horizon BCBS of NJ, PO Box 10193, Newark, NJ 07101-3117 |
| 518074616 | + | Horizon Healthcare Services Inc., dba Horizon Blue Cross Blue Shield of Ne, Three Penn Plaza East, Newark NJ 07105-2200 |
| 518074686 | | Horizon Healthcare Services Inc., dba Horizon NJ Health, 250 Century Parkway, Mt. Laurel, NJ 08054-1121 |
| 517932344 | + | Horizon Healthcare Services, Inc., c/o Barry S. Crane, Esq., Becker LLC, 354 Eisenhower Parkway, Suite 1500, Livingston, NJ 07039-1023 |
| 518152662 | + | Horizon Healthcare of New Jersey, Inc, c/o J.Alex Kress, Esq.-Becker LLC, 354 Eisenhower Parkway, Suite 1500, Livingston NJ 07039-1023 |
| 518148345 | + | Horizon Healthcare of New Jersey, Inc.,, d/b/a Horizon New Jersey Health, Three Penn Plaza East, Newark, New Jersey 07105-2200 |
| 517932345 | + | Horizon NJ Health, 250 Century Parkway, Mount Laurel, NJ 08054-1121 |
| 518418831 | + | Jessical L. Gonzalez, 135 West Howard Street, Clayton, NJ 08312-1112 |
| 517932350 | + | Mabtc/tfc, Attn: Bankruptcy, Po Box 13306, Chesapeake, VA 23325-0306 |
| 517932352 | | New Jersey Family Support Srvs Center, PO Box 5313, Trenton, NJ 08638-0313 |
| 517932353 | | New Jersey Family Support Svs. Center, P.O. Box 5313, Trenton, NJ 08638-0313 |
| 517932355 | #+ | Northern Leasing, 419 East Main Street, Suite 102, Middletown, NY 10940-2552 |
| 517932356 | + | Ray And Flan, Attn: Bankruptcy, 1000 Macarthur Blvd., Mahwah, NJ 07430-2035 |
| 517932357 | | Raymour & Flanigan, PO Box 33802, Detroit, MI 48232-5802 |
| 517932359 | + | SNG Capital Investors, LLC, 35 East Grassy Sprain Road, Yonkers, NY 10710-4620 |
| 517932354 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, NJ Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |

| | | |
|---|---|---|
| 517932358 | + | Shellpoint Mortgage Servicing, Attn: Bankruptcy, Po Box 10826, Greenville, SC 29603-0826 |
| 517932360 | + | The Bank of New York Mellon, c/o Bradley J. Osborne, Esquire, Richard M. Squire & Associates, LLC, 115 West Avenue, Suite 104, Jenkintown, PA 19046-2031 |
| 517932361 | + | The Law Offices of Jeffrey Randolph, LLC, 139 Harrison Road, Suite 205, Glen Rock, NJ 07452-3304 |
| 517932362 | + | The Wellness & Recovery Center, LLC, 1027 E. Chestnut Avenue, Vineland, NJ 08360-5838 |
| 517932364 | + | TransUnion, Attn: Bankruptcy, P.O. Box 2000, Chester, PA 19016-2000 |
| 517932365 | + | Tri State Credit Corp, 2188 N Delsea Dr, Vineland, NJ 08360-1971 |
| 518141826 | + | Vineland Municipal Utilities, Jeffrey N. Medio, Esq., 717 E. Elmer St., Ste 7, Vineland, NJ 08360-4758 |
| 517932366 | + | World Global Financing Inc, c/o The Law Office of Tara N. Pomparelli, 30 Wall Street, Eighth Floor, New York, NY 10005-2201 |
| 518071907 | + | World Global Financing, Inc., Steven Zakharyayev, Esq., 1430 Broadway Suite 402, New York, NY 10018-3371 |

TOTAL: 45

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 17 2020 21:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 17 2020 21:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517962003 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 17 2020 21:45:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 518120335 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 17 2020 23:26:09 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517936947 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Dec 17 2020 23:25:52 | BMW Bank of North America, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518143169 | | Email/PDF: ais.bmw.ebn@americaninfosource.com | Dec 17 2020 23:29:25 | BMW Financial Services NA, LLC, P.O. Box 3608, Dublin OH 43016, OH 43016 |
| 517932329 | | Email/PDF: ais.bmw.ebn@americaninfosource.com | Dec 17 2020 23:26:05 | Bmw Financial Services, Attn: Bankruptcy Department, Po Box 3608, Dublin, OH 43016 |
| 517932330 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 17 2020 23:29:10 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518125588 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Dec 17 2020 23:29:44 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517932332 | | Email/PDF: creditonebknotifications@resurgent.com | Dec 17 2020 23:25:53 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 517932347 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 17 2020 21:45:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517932348 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 17 2020 21:44:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 518055854 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 17 2020 23:29:30 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517932349 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 17 2020 23:26:10 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 517932351 | + | Email/Text: n.gong@mantisfunding.com | Dec 17 2020 21:44:00 | Mantis Funding, LLC, 64 Beaver Street, Suite 344, New York, NY 10004-2508 |
| 518233241 | | Email/Text: tidewaterlegalebn@twcs.com | Dec 17 2020 21:45:00 | Tidewater Finance Company, PO Box 13306, Chesapeake, VA 23325 |
| 517932363 | | Email/Text: tidewaterlegalebn@twcs.com | Dec 17 2020 21:45:00 | Tidewater Finance Company, PO Box 17308, Baltimore, MD 21297-1308 |

TOTAL: 17

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 17, 2020 | Form ID: pdf905 | Total Noticed: 62 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Horizon Healthcare Services Inc., dba Horizon NJ Health, 250 Century Parkway, Mt. Laurel, NJ 08054-1121 |
| 518177645 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, PO BOX 245, Trenton NJ 08695-0245 |
| 517932325 | ##+ | Accurate Medical Billing, P.O. Box 146, Asbury, NJ 08802-0146 |
| 517932336 | ##+ | Empire Recovery Services, 400 Frank W. Burr Blvd, Suite 37, Teaneck, NJ 07666-6810 |
| 517932341 | ##+ | Hamilton, Bridges & Banks, Inc, 4100 W Kennedy Blvd, Tampa, FL 33609-2244 |
| 517932346 | ##+ | Horizon NJ Health, 210 Silvia Street West, Trenton, NJ 08628-3242 |

TOTAL: 0 Undeliverable, 2 Duplicate, 4 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 19, 2020                    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Sklar | andy@sklarlaw.com NJ43@ecfcbis.com;sklar@premierremote.com;ecf.alert+Sklar@titlexi.com |
| Carrie J. Boyle | on behalf of Defendant Chirocare For All LLC cboyle@b-vlaw.com, tking@b-vlaw.com;cvitullo@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net;J.CR73128@notify.bestcase.com |
| Carrie J. Boyle | on behalf of Defendant Steven F Dorfman cboyle@b-vlaw.com tking@b-vlaw.com;cvitullo@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net;J.CR73128@notify.bestcase.com |
| Carrie J. Boyle | on behalf of Defendant Wellness Recovery Center LLC cboyle@b-vlaw.com, tking@b-vlaw.com;cvitullo@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net;J.CR73128@notify.bestcase.com |
| Carrie J. Boyle | on behalf of Debtor Steven F Dorfman cboyle@b-vlaw.com tking@b-vlaw.com;cvitullo@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net;J.CR73128@notify.bestcase.com |
| Elizabeth K. Holdren | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2007-13 eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com |
| J. Alex Kress | on behalf of Creditor Horizon Healthcare of New Jersey Inc. d/b/a Horizon NJ Health Alex.Kress@wilsonelser.com, mambrose@becker.legal |
| J. Alex Kress | on behalf of Creditor Horizon Healthcare Services Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Dec 17, 2020 | Form ID: pdf905 | Total Noticed: 62 |

       Alex.Kress@wilsonelser.com, mambrose@becker.legal

J. Alex Kress
       on behalf of Creditor Horizon Healthcare Services Inc. Alex.Kress@wilsonelser.com  mambrose@becker.legal

Jason Brett Schwartz
       on behalf of Creditor BMW Bank of North America jschwartz@mesterschwartz.com

Joseph A McCormick, Jr.
       on behalf of Trustee Andrew Sklar jmccormick@mccormicknjlaw.com
       karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormicknjlaw.com

Kevin Gordon McDonald
       on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE
       CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES,SERIES 2007-13
       kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Moshe Rothenberg
       on behalf of Defendant Dorfman Enterprises  LLC moshe@mosherothenberg.com,
       alyson@mosherothenberg.com;ajohn880@gmail.com

Moshe Rothenberg
       on behalf of Defendant Enixa Dorfman moshe@mosherothenberg.com  alyson@mosherothenberg.com;ajohn880@gmail.com

Nona Ostrove
       on behalf of Mediator Nona Ostrove nostrove@ostrovelaw.com

Paul Stadler Pflumm
       on behalf of Plaintiff Andrew Sklar ppflumm@mccormicknjlaw.com
       Karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormicknjlaw.com

Paul Stadler Pflumm
       on behalf of Trustee Andrew Sklar ppflumm@mccormicknjlaw.com
       Karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormicknjlaw.com

U.S. Trustee
       USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 18