| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**Joseph A. McCormick, Jr. (016221977)**<br>**JOSEPH A. MCCORMICK, JR., P.A.**<br>**A PROFESSIONAL ASSOCIATION**<br>76 Euclid Avenue, Suite 103<br>Haddonfield, NJ  08033<br>jmccormick@mccormicknjlaw.com<br>(856 795 6500)<br>**Attorney for Trustee** | Order Filed on May 20, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Chapter 7 |
| In the Matter of:<br><br>Steven F. Dorfman,<br><br>     Debtor. | Case No. 18-34917-JNP<br><br>Adv. No.:<br><br>Hearing Date: May 20, 2021<br><br>Judge: Jerrold N. Poslusny, Jr. |

### ORDER FOR FEE ALLOWANCE TO ATTORNEY FOR TRUSTEE

The relief set forth on the following pages, numbered two (2) through two (2)  is hereby **ORDERED**.

**DATED: May 20, 2021**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

RE: Steven F. Dorfman, Chapter 7 Debtor
Order for Fee Allowance to Attorney for Trustee
Case No. 18-34917-JNP
Page 2

_____

**THIS MATTER** having been brought before the Court by Joseph A. McCormick, Jr., Esquire, of the firm of Joseph A. McCormick, Jr., P.A., Attorney for the Trustee, Andrew Sklar, upon application for attorneys' fees and expenses, and notice having been sent to the creditors, and there having been no objection to the application submitted, and for good cause shown;

**IT IS HEREBY ORDERED** that Joseph A. McCormick, Jr., P.A., as Attorney for the Trustee is hereby awarded fees and expenses as follows:

| | |
|---|---|
| Attorney's Fees | $ 43,677.00 |
| Attorney's Expenses | $ 497.00 |

\\LAW1\Shared Folders\Company\Joint Clients\Dorfman, Steven F. - DB-1022-M\Fee Application\Proposed Order  04 05 21 kbt.wpd