| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Joseph A. McCormick, Jr. (016221977)<br>JOSEPH A. MCCORMICK, JR., P.A.<br>A PROFESSIONAL ASSOCIATION<br>76 Euclid Avenue, Suite 103<br>Haddonfield, NJ  08033<br>jmccormick@mccormicknjlaw.com<br>(856 795 6500)<br>**Attorney for Trustee** | Order Filed on May 20, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In the Matter of:<br><br>Steven F. Dorfman,<br><br>                  Debtor. | Chapter 7<br><br>Case No. 18-34917-JNP<br><br>Adv. No.:<br><br>Hearing Date: May 20, 2021<br><br>Judge: Jerrold N. Poslusny, Jr. |

## ORDER FOR FEE ALLOWANCE TO ATTORNEY FOR TRUSTEE

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: May 20, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**RE: Steven F. Dorfman, Chapter 7 Debtor**
**Order for Fee Allowance to Attorney for Trustee**
Case No. 18-34917-JNP
Page 2

___

**THIS MATTER** having been brought before the Court by Joseph A. McCormick, Jr., Esquire, of the firm of Joseph A. McCormick, Jr., P.A., Attorney for the Trustee, Andrew Sklar, upon application for attorneys' fees and expenses, and notice having been sent to the creditors, and there having been no objection to the application submitted, and for good cause shown;

**IT IS HEREBY ORDERED** that Joseph A. McCormick, Jr., P.A., as Attorney for the Trustee is hereby awarded fees and expenses as follows:

| | |
|---|---|
| Attorney's Fees | $ 43,677.00 |
| Attorney's Expenses | $    497.00 |

\\LAW1\Shared Folders\Company\Joint Clients\Dorfman, Steven F. - DB-1022-M\Fee Application\Proposed Order  04 05 21 kbt.wpd

United States Bankruptcy Court
District of New Jersey

In re:                                                                                              Case No. 18-34917-JNP

Steven F Dorfman                                                                                    Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                         User: admin                                     Page 1 of 2
Date Rcvd: May 21, 2021                      Form ID: pdf903                                 Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Steven F Dorfman, 1678 West Chesnut Avenue, Vineland, NJ 08360-4365 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 23, 2021                           Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allen J. Underwood, II | on behalf of Creditor Horizon Healthcare Services Inc. ajunderwood@beckermeisel.com ajunderwood@ecf.courtdrive.com;mambrose@becker.legal |
| Allen J. Underwood, II | on behalf of Creditor Horizon Healthcare of New Jersey  Inc. d/b/a Horizon NJ Health ajunderwood@beckermeisel.com, ajunderwood@ecf.courtdrive.com;mambrose@becker.legal |
| Andrew Sklar | andy@sklarlaw.com NJ43@ecfcbis.com;sklar@premierremote.com;ecf.alert+Sklar@titlexi.com |
| Barry S. Crane | on behalf of Creditor Horizon Healthcare of New Jersey  Inc. d/b/a Horizon NJ Health bcrane@becker.legal, mambrose@becker.legal;lrodriguez@becker.legal;tmondoro@becker.legal |
| Barry S. Crane | on behalf of Creditor Horizon Healthcare Services Inc. bcrane@becker.legal mambrose@becker.legal;lrodriguez@becker.legal;tmondoro@becker.legal |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: May 21, 2021 | Form ID: pdf903 | Total Noticed: 1 |

Barry S. Crane
    on behalf of Creditor Horizon Healthcare Services Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey
    bcrane@becker.legal, mambrose@becker.legal;lrodriguez@becker.legal;tmondoro@becker.legal

Carrie J. Boyle
    on behalf of Defendant Steven F Dorfman cboyle@b-vlaw.com
    tking@b-vlaw.com;cvitullo@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net;J.CR73128@notify.bestcase.com

Carrie J. Boyle
    on behalf of Defendant Wellness Recovery Center LLC cboyle@b-vlaw.com,
    tking@b-vlaw.com;cvitullo@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net;J.CR73128@notify.bestcase.com

Carrie J. Boyle
    on behalf of Debtor Steven F Dorfman cboyle@b-vlaw.com
    tking@b-vlaw.com;cvitullo@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net;J.CR73128@notify.bestcase.com

Carrie J. Boyle
    on behalf of Defendant Chirocare For All LLC cboyle@b-vlaw.com,
    tking@b-vlaw.com;cvitullo@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net;J.CR73128@notify.bestcase.com

Elizabeth K. Holdren
    on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2007-13 eholdren@hillwallack.com,
    jhanley@hillwallack.com;hwbknj@hillwallack.com

Eric R. Perkins
    on behalf of Creditor Horizon Healthcare of New Jersey Inc. d/b/a Horizon NJ Health eperkins@becker.legal,
    tcolombini@becker.legal;lrodriguez@becker.legal;mambrose@becker.legal;lrodriguez@becker.legal

Eric R. Perkins
    on behalf of Creditor Horizon Healthcare Services Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey
    eperkins@becker.legal, tcolombini@becker.legal;lrodriguez@becker.legal;mambrose@becker.legal;lrodriguez@becker.legal

J. Alex Kress
    on behalf of Creditor Horizon Healthcare Services Inc. Alex.Kress@wilsonelser.com

J. Alex Kress
    on behalf of Creditor Horizon Healthcare of New Jersey Inc. d/b/a Horizon NJ Health Alex.Kress@wilsonelser.com

J. Alex Kress
    on behalf of Creditor Horizon Healthcare Services Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey
    Alex.Kress@wilsonelser.com

Jason Brett Schwartz
    on behalf of Creditor BMW Bank of North America jschwartz@mesterschwartz.com

Joseph A McCormick, Jr.
    on behalf of Trustee Andrew Sklar jmccormick@mccormicknjlaw.com
    karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormicknjlaw.com

Kevin Gordon McDonald
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES,SERIES 2007-13
    kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Moshe Rothenberg
    on behalf of Defendant Dorfman Enterprises LLC moshe@mosherothenberg.com,
    alyson@mosherothenberg.com;ajohn880@gmail.com

Moshe Rothenberg
    on behalf of Defendant Enixa Dorfman moshe@mosherothenberg.com alyson@mosherothenberg.com;ajohn880@gmail.com

Nona Ostrove
    on behalf of Mediator Nona Ostrove nostrove@ostrovelaw.com

Paul Stadler Pflumm
    on behalf of Trustee Andrew Sklar ppflumm@mccormicknjlaw.com
    Karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormicknjlaw.com

Paul Stadler Pflumm
    on behalf of Plaintiff Andrew Sklar ppflumm@mccormicknjlaw.com
    Karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormicknjlaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 25