| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>Andrew Sklar, Esquire (AS3105)<br>SKLAR LAW, LLC<br>20 Brace Road, Suite 205<br>Cherry Hill, NJ 08034<br>(856) 258-4050<br>Attorney for Chapter 7 Trustee | Order Filed on August 1, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>STEVEN F DORFMAN | Case No.: 18-34917-JNP<br>Chapter: 7<br>Judge: Jerrod N Poslusny |

## ORDER AUTHORIZING RETENTION OF

### SHARER PETREE BROTZ & SNYDER

The relief set forth on the following page is **ORDERED.**

**DATED: August 1, 2022**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain <u>Sharer Petree Brotz & Snyder</u> as <u>Accountants</u>, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

    The professional's address is: <u>1103 Laurel Oak Rd, Ste 105B</u>

    <u>Voorhees, NJ  08043</u>

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*