UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew Sklar, Esquire (AS3105)
SKLAR LAW, LLC
20 Brace Road, Suite 205
Cherry Hill, NJ 08034
(856) 258-4050
Attorney for Chapter 7 Trustee

Order Filed on August 1, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

STEVEN F DORFMAN

Case No.: 18-34917-JNP

Chapter: 7

Judge: Jerrod N Poslusny

**ORDER AUTHORIZING RETENTION OF**

**SHARER PETREE BROTZ & SNYDER**

The relief set forth on the following page is **ORDERED.**

**DATED: August 1, 2022**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain <u>Sharer Petree Brotz & Snyder</u> as <u>Accountants,</u> it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

    The professional's address is:   <u>1103 Laurel Oak Rd, Ste 105B</u>

    <u>Voorhees, NJ  08043</u>

    _____

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-34917-JNP |
| Steven F Dorfman | Chapter 7 |
| Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 01, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Steven F Dorfman, 1678 West Chesnut Avenue, Vineland, NJ 08360-4365 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Aug 03, 2022 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Allen Joseph Underwood, II | on behalf of Creditor Horizon Healthcare Services Inc. aunderwood@litedepalma.com ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com |
| Allen Joseph Underwood, II | on behalf of Creditor Horizon Healthcare of New Jersey Inc. d/b/a Horizon NJ Health aunderwood@litedepalma.com, ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com |
| Andrew Sklar | andy@sklarlaw.com  NJ43@ecfcbis.com;sklar@premierremote.com;ecf.alert+Sklar@titlexi.com;kathleen@sklarlaw.com |
| Barry S. Crane | on behalf of Creditor Horizon Healthcare of New Jersey Inc. d/b/a Horizon NJ Health bcrane@becker.legal, mambrose@becker.legal;hkreis@becker.legal |
| Barry S. Crane | on behalf of Creditor Horizon Healthcare Services Inc. bcrane@becker.legal  mambrose@becker.legal;hkreis@becker.legal |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 01, 2022 | Form ID: pdf903 | Total Noticed: 1 |

Barry S. Crane
    on behalf of Creditor Horizon Healthcare Services Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey bcrane@becker.legal, mambrose@becker.legal;hkreis@becker.legal

Carrie J. Boyle
    on behalf of Defendant Steven F Dorfman cboyle@b-vlaw.com tking@b-vlaw.com;cvitullo@b-vlaw.com;clerk@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net;J.CR73128&#064

Carrie J. Boyle
    on behalf of Defendant Wellness Recovery Center LLC cboyle@b-vlaw.com, tking@b-vlaw.com;cvitullo@b-vlaw.com;clerk@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net;J.CR73128&#064

Carrie J. Boyle
    on behalf of Debtor Steven F Dorfman cboyle@b-vlaw.com tking@b-vlaw.com;cvitullo@b-vlaw.com;clerk@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net;J.CR73128&#064

Carrie J. Boyle
    on behalf of Defendant Chirocare For All LLC cboyle@b-vlaw.com, tking@b-vlaw.com;cvitullo@b-vlaw.com;clerk@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net;J.CR73128&#064

Elizabeth K. Holdren
    on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2007-13 eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com

Eric R. Perkins
    on behalf of Creditor Horizon Healthcare of New Jersey Inc. d/b/a Horizon NJ Health eperkins@becker.legal, tcolombini@becker.legal;mambrose@becker.legal;jlawrence@becker.legal

Eric R. Perkins
    on behalf of Creditor Horizon Healthcare Services Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey eperkins@becker.legal, tcolombini@becker.legal;mambrose@becker.legal;jlawrence@becker.legal

J. Alex Kress
    on behalf of Creditor Horizon Healthcare Services Inc. Alex.Kress@wilsonelser.com

J. Alex Kress
    on behalf of Creditor Horizon Healthcare of New Jersey Inc. d/b/a Horizon NJ Health Alex.Kress@wilsonelser.com

J. Alex Kress
    on behalf of Creditor Horizon Healthcare Services Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey Alex.Kress@wilsonelser.com

Jason Brett Schwartz
    on behalf of Creditor BMW Bank of North America jschwartz@mesterschwartz.com

Joseph A McCormick, Jr.
    on behalf of Trustee Andrew Sklar jmccormick@mcdowelllegal.com karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormicknjlaw.com

Kevin Gordon McDonald
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES,SERIES 2007-13 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Moshe Rothenberg
    on behalf of Defendant Dorfman Enterprises LLC moshe@mosherothenberg.com, alyson@mosherothenberg.com;ajohn880@gmail.com

Moshe Rothenberg
    on behalf of Defendant Enixa Dorfman moshe@mosherothenberg.com alyson@mosherothenberg.com;ajohn880@gmail.com

Nona Ostrove
    on behalf of Mediator Nona Ostrove nostrove@ostrovelaw.com

Paul Stadler Pflumm
    on behalf of Trustee Andrew Sklar ppflumm@mcdowelllegal.com kgresh@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;lwood@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;kbrocious@mcdowelllegal.com;kwilliams@mcdowelllegal.com

Paul Stadler Pflumm
    on behalf of Plaintiff Andrew Sklar ppflumm@mcdowelllegal.com kgresh@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;lwood@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;kbrocious@mcdowelllegal.com;kwilliams@mcdowelllegal.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 25