Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−34917−JNP
Chapter: 7
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Steven F Dorfman
   1678 West Chesnut Avenue
   Vineland, NJ 08360

Social Security No.:
   xxx−xx−4882

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:      9/15/22
Time:      02:00 PM
Location:   4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Sharer Petree Brotz & Snyder, Accountant, period: 7/22/2022 to 8/1/2022.

COMMISSION OR FEES
fee: $2,185.00.

EXPENSES
expenses: $14.25.

If this is a chapter 13 case, the fees and expenses awarded:

   ☐   will not reduce the amount to be paid to general unsecured
       creditors under the plan.

   ☐   will reduce the amount to be paid to general unsecured
       creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: August 5, 2022
JAN:

                                             Jeanne Naughton
                                             Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 18-34917-JNP
Steven F Dorfman  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 5
Date Rcvd: Aug 05, 2022  Form ID: 137  Total Noticed: 67

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Steven F Dorfman, 1678 West Chesnut Avenue, Vineland, NJ 08360-4365 |
| cr | | Horizon Healthcare Services, Inc. d/b/a Horizon Bl, Three Penn Plaza East, Newark, NJ 07105-2200 |
| cr | + | Horizon Healthcare of New Jersey, Inc. d/b/a Horiz, c/o Becker LLC, 354 Eisenhower Parkway, Plaza Two, Suite 1500, Livingston, NJ 07039-1022 |
| acc | + | Sharer Petree Brotz & Snyder, 1103 Laurel Oak Road, Suite 105B, Voorhees, NJ 08043-4376 |
| 518442860 | + | 1 Global Capital LLC, Jonathan S. Feldman, Esq., 200 S. Andrews Avenue, Suite 600, Fort Lauderdale, FL 33301-2066 |
| 518343317 | + | 1 Global Capital, LLC, c/o Darla Gordon, Esq., Perlman, Bajandas, Yevoli & Albright, P., 200 S. Andrews Avenue, Suite 600, Fort Lauderdale, FL 33301-2066 |
| 518124921 | + | Accurate Medical Billing, c/o David B. Watner, Esq., 1129 Bloomfield Avenue, #208, West Caldwell, NJ 07006-7123 |
| 517932327 | + | Alan Angelo, 2516 Mays Landing Road, Millville, NJ 08332-1104 |
| 519052771 | + | Becker LLC, 354 Eisenhower Parkway, Plaza II, Suite 1500, Livingston, NJ 07039-1022 |
| 517932331 | | City of Vineland Municipal Utilities, 600 E. Wood Street, Vineland, NJ 08360 |
| 517932333 | + | Director of Special Investigations, Horizon BCBS of NJ, 250 Century Parkway, Mount Laurel, NJ 08054-1121 |
| 517932334 | + | Dorfman Enterprises, LLC, 1027 Chestnut Avenue, Vineland, NJ 08360-5838 |
| 519199346 | + | ERIC R. PERKINS, ESQ., Becker LLC, 354 Eisenhower Parkway, Plaza II, Suite 1500, Livingston, NJ 07039-1022 |
| 517932335 | + | Edsouth/glelsi, 2401 International Lane, Madison, WI 53704-3121 |
| 517932336 | + | Empire Recovery Services, 400 Frank W. Burr Blvd, Suite 37, Teaneck, NJ 07666-6810 |
| 517932337 | + | Enixa Dorfman, 1678 W. Chestnut Avenue, Vineland, NJ 08360-4365 |
| 517932341 | + | Hamilton, Bridges & Banks, Inc, 4100 W Kennedy Blvd, Tampa, FL 33609-2288 |
| 517932342 | + | Highland Carpet Outlet, 1736 Dutch Mill Road, Franklinville, NJ 08322-2114 |
| 517932343 | | Horizon BCBS of NJ, PO Box 10193, Newark, NJ 07101-3117 |
| 518074616 | + | Horizon Healthcare Services Inc., dba Horizon Blue Cross Blue Shield of Ne, Three Penn Plaza East, Newark NJ 07105-2200 |
| 518074686 | | Horizon Healthcare Services Inc., dba Horizon NJ Health, 250 Century Parkway, Mt. Laurel, NJ 08054-1121 |
| 517932344 | + | Horizon Healthcare Services, Inc., c/o Barry S. Crane, Esq., Becker LLC, 354 Eisenhower Parkway, Suite 1500, Livingston, NJ 07039-1023 |
| 518152662 | + | Horizon Healthcare of New Jersey, Inc, c/o J.Alex Kress, Esq.-Becker LLC, 354 Eisenhower Parkway, Suite 1500, Livingston NJ 07039-1023 |
| 518148345 | + | Horizon Healthcare of New Jersey, Inc.,, d/b/a Horizon New Jersey Health, Three Penn Plaza East, Newark, New Jersey 07105-2200 |
| 517932346 | + | Horizon NJ Health, 210 Silvia Street West, Trenton, NJ 08628-3242 |
| 517932345 | + | Horizon NJ Health, 250 Century Parkway, Mount Laurel, NJ 08054-1121 |
| 517932350 | + | Mabtc/tfc, Attn: Bankruptcy, Po Box 13306, Chesapeake, VA 23325-0306 |
| 517932352 | | New Jersey Family Support Srvs Center, PO Box 5313, Trenton, NJ 08638-0313 |
| 517932353 | | New Jersey Family Support Svs. Center, P.O. Box 5313, Trenton, NJ 08638-0313 |
| 517932356 | + | Ray And Flan, Attn: Bankruptcy, 1000 Macarthur Blvd., Mahwah, NJ 07430-2035 |
| 517932357 | | Raymour & Flanigan, PO Box 33802, Detroit, MI 48232-5802 |
| 517932359 | + | SNG Capital Investors, LLC, 35 East Grassy Sprain Road, Yonkers, NY 10710-4620 |
| 518177645 | | State of New Jersey, Department of Treasury, Division of Taxation, PO BOX 245, Trenton NJ 08695-0245 |
| 517932360 | + | The Bank of New York Mellon, c/o Bradley J. Osborne, Esquire, Richard M. Squire & Associates, LLC, 115 West Avenue, Suite 104, Jenkintown, PA 19046-2031 |
| 517932361 | + | The Law Offices of Jeffrey Randolph, LLC, 139 Harrison Road, Suite 205, Glen Rock, NJ 07452-3304 |
| 517932362 | + | The Wellness & Recovery Center, LLC, 1027 E. Chestnut Avenue, Vineland, NJ 08360-5838 |
| 517932365 | + | Tri State Credit Corp, 2188 N Delsea Dr, Vineland, NJ 08360-1971 |
| 518141826 | + | Vineland Municipal Utilities, Jeffrey N. Medio, Esq., 717 E. Elmer St., Ste 7, Vineland, NJ 08360-4758 |
| 517932366 | + | World Global Financing Inc, c/o The Law Office of Tara N. Pomparelli, 30 Wall Street, Eighth Floor, New York, NY 10005-2201 |

| District/off: 0312-1 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Aug 05, 2022 | Form ID: 137 | Total Noticed: 67 |

| | | |
|---|---|---|
| 518071907 | + World Global Financing, Inc., Steven Zakharyayev, Esq., 1430 Broadway Suite 402, New York, NY 10018-3371 | |

TOTAL: 40

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Aug 05 2022 20:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 05 2022 20:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517962003 | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 05 2022 20:33:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 518188601 | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Aug 05 2022 20:32:00 | Ascendium Education Solutions and Affiliates, PO Box 8961, Madison, Wi 53708-8961 |
| 517932326 | + Email/Text: bncnotifications@pheaa.org | Aug 05 2022 20:33:00 | Aes/cit08bbc, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 518120335 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 05 2022 20:31:47 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517936947 | + Email/PDF: acg.acg.ebn@aisinfo.com | Aug 05 2022 20:31:27 | BMW Bank of North America, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518143169 | Email/PDF: acg.bmw.ebn@aisinfo.com | Aug 05 2022 20:31:55 | BMW Financial Services NA, LLC, P.O. Box 3608, Dublin OH 43016, OH 43016 |
| 517932329 | Email/PDF: acg.bmw.ebn@aisinfo.com | Aug 05 2022 20:31:55 | Bmw Financial Services, Attn: Bankruptcy Department, Po Box 3608, Dublin, OH 43016 |
| 517932328 | + Email/Text: creditcardbkcorrespondence@bofa.com | Aug 05 2022 20:32:00 | Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 517932330 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 05 2022 20:31:53 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518125588 | + Email/PDF: ebn_ais@aisinfo.com | Aug 05 2022 20:31:59 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518158912 | Email/PDF: bncnotices@becket-lee.com | Aug 05 2022 20:31:43 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517932332 | Email/PDF: creditonebknotifications@resurgent.com | Aug 05 2022 20:31:30 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 517932338 | ^ MEBN | Aug 05 2022 20:29:05 | Equifax, Attn: Bankruptcy, P.O Box 740241, Atlanta, GA 30374-0241 |
| 517932339 | ^ MEBN | Aug 05 2022 20:29:09 | Experian, Attn: Bankrupty, P.O. Box 4500, Allen, TX 75013-1311 |
| 517932340 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 05 2022 20:31:55 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 517932347 | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 05 2022 20:33:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517932348 | + Email/Text: PBNCNotifications@peritusservices.com | Aug 05 2022 20:32:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 518055854 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 05 2022 20:31:47 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517932349 | + Email/PDF: resurgentbknotifications@resurgent.com | Aug 05 2022 20:31:47 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |

| District/off: 0312-1 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Aug 05, 2022 | Form ID: 137 | Total Noticed: 67 |

| 517932351 | + Email/Text: n.gong@mantisfunding.com | Aug 05 2022 20:32:00 | Mantis Funding, LLC, 64 Beaver Street, Suite 344, New York, NY 10004-2508 |
| 517932354 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Aug 05 2022 20:33:00 | NJ Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 517932358 | + Email/Text: mtgbk@shellpointmtg.com | Aug 05 2022 20:33:00 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, Po Box 10826, Greenville, SC 29603-0826 |
| 518233241 | Email/Text: tidewaterlegalebn@twcs.com | Aug 05 2022 20:33:00 | Tidewater Finance Company, PO Box 13306, Chesapeake, VA 23325 |
| 517932363 | Email/Text: tidewaterlegalebn@twcs.com | Aug 05 2022 20:33:00 | Tidewater Finance Company, PO Box 17308, Baltimore, MD 21297-1308 |
| 517932364 | ^ MEBN | Aug 05 2022 20:29:23 | TransUnion, Attn: Bankruptcy, P.O. Box 2000, Chester, PA 19016-2000 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Horizon Healthcare Services Inc., dba Horizon NJ Health, 250 Century Parkway, Mt. Laurel, NJ 08054-1121 |
| 517932325 | ##+ | Accurate Medical Billing, P.O. Box 146, Asbury, NJ 08802-0146 |
| 518418831 | ##+ | Jessical L. Gonzalez, 135 West Howard Street, Clayton, NJ 08312-1112 |
| 517932355 | ##+ | Northern Leasing, 419 East Main Street, Suite 102, Middletown, NY 10940-2552 |

TOTAL: 0 Undeliverable, 1 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 07, 2022        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allen Joseph Underwood, II | on behalf of Creditor Horizon Healthcare of New Jersey Inc. d/b/a Horizon NJ Health aunderwood@litedepalma.com, ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com |
| Allen Joseph Underwood, II | on behalf of Creditor Horizon Healthcare Services Inc. aunderwood@litedepalma.com ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com |
| Andrew Sklar | andy@sklarlaw.com NJ43@ecfcbis.com;sklar@premierremote.com;ecf.alert+Sklar@titlexi.com;kathleen@sklarlaw.com |
| Barry R. Sharer | on behalf of Accountant Sharer Petree Brotz & Snyder CShapiro@SharerPBS.com BSharer@SharerPBS.com;nj83@ecfcbis.com |
| Barry S. Crane | |

Case 18-34917-JNP    Doc 131    Filed 08/07/22    Entered 08/08/22 00:14:29    Desc
Imaged Certificate of Notice    Page 6 of 7

| District/off: 0312-1 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Aug 05, 2022 | Form ID: 137 | Total Noticed: 67 |

| | |
|---|---|
| | on behalf of Creditor Horizon Healthcare Services Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey bcrane@becker.legal, mambrose@becker.legal;hkreis@becker.legal |
| Barry S. Crane | |
| | on behalf of Creditor Horizon Healthcare of New Jersey Inc. d/b/a Horizon NJ Health bcrane@becker.legal, mambrose@becker.legal;hkreis@becker.legal |
| Barry S. Crane | |
| | on behalf of Creditor Horizon Healthcare Services Inc. bcrane@becker.legal mambrose@becker.legal;hkreis@becker.legal |
| Carrie J. Boyle | |
| | on behalf of Defendant Chirocare For All LLC cboyle@b-vlaw.com, tking@b-vlaw.com;cvitullo@b-vlaw.com;lgrigley@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net |
| Carrie J. Boyle | |
| | on behalf of Defendant Steven F Dorfman cboyle@b-vlaw.com tking@b-vlaw.com;cvitullo@b-vlaw.com;lgrigley@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net |
| Carrie J. Boyle | |
| | on behalf of Defendant Wellness Recovery Center LLC cboyle@b-vlaw.com, tking@b-vlaw.com;cvitullo@b-vlaw.com;lgrigley@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net |
| Carrie J. Boyle | |
| | on behalf of Debtor Steven F Dorfman cboyle@b-vlaw.com tking@b-vlaw.com;cvitullo@b-vlaw.com;lgrigley@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net |
| Elizabeth K. Holdren | |
| | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2007-13 eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com |
| Eric R. Perkins | |
| | on behalf of Creditor Horizon Healthcare of New Jersey Inc. d/b/a Horizon NJ Health eperkins@becker.legal, tcolombini@becker.legal;mambrose@becker.legal;jlawrence@becker.legal |
| Eric R. Perkins | |
| | on behalf of Creditor Horizon Healthcare Services Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey eperkins@becker.legal, tcolombini@becker.legal;mambrose@becker.legal;jlawrence@becker.legal |
| J. Alex Kress | |
| | on behalf of Creditor Horizon Healthcare of New Jersey Inc. d/b/a Horizon NJ Health Alex.Kress@wilsonelser.com |
| J. Alex Kress | |
| | on behalf of Creditor Horizon Healthcare Services Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey Alex.Kress@wilsonelser.com |
| J. Alex Kress | |
| | on behalf of Creditor Horizon Healthcare Services Inc. Alex.Kress@wilsonelser.com |
| Jason Brett Schwartz | |
| | on behalf of Creditor BMW Bank of North America jschwartz@mesterschwartz.com |
| Joseph A McCormick, Jr. | |
| | on behalf of Trustee Andrew Sklar jmccormick@mcdowelllegal.com karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormicknjlaw.com |
| Kevin Gordon McDonald | |
| | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES,SERIES 2007-13 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Moshe Rothenberg | |
| | on behalf of Defendant Dorfman Enterprises LLC moshe@mosherothenberg.com, alyson@mosherothenberg.com;ajohn880@gmail.com |
| Moshe Rothenberg | |
| | on behalf of Defendant Enixa Dorfman moshe@mosherothenberg.com alyson@mosherothenberg.com;ajohn880@gmail.com |
| Nona Ostrove | |
| | on behalf of Mediator Nona Ostrove nostrove@ostrovelaw.com |
| Paul Stadler Pflumm | |
| | on behalf of Plaintiff Andrew Sklar ppflumm@mcdowelllegal.com kgresh@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;lwood@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;kbrocious@mcdowelllegal.com;kwilliams@mcdowelllegal.com |
| Paul Stadler Pflumm | |
| | on behalf of Trustee Andrew Sklar ppflumm@mcdowelllegal.com kgresh@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;lwood@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@ |

District/off: 0312-1                                    User: admin                                              Page 5 of 5
Date Rcvd: Aug 05, 2022                             Form ID: 137                                        Total Noticed: 67

mcdowelllegal.com;kbrocious@mcdowelllegal.com;kwilliams@mcdowelllegal.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 26