Order Filed on September 15, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>ROBERT N. SNYDER, JR., CPA<br>Sharer Petree Brotz & Snyder<br>1103 Laurel Oak Road<br>Suite 105B<br>Voorhees, NJ 08043<br>(856)435-3200<br>Accountant for the Chapter 7 Trustee | |
| **In Re:**<br><br>**DORMAN, STEVE** | Case No.: 18-34917<br><br>Chapter 7<br><br>Hearing Date:  **09/15/22 @ 2:00PM**<br><br>Judge: JNP |

### ORDER AWARDING FINAL COMPENSATION AND EXPENSES
### FOR THE ACCOUNTANT TO THE TRUSTEE

The relief set forth on the following pages, numbered two (2) through two (2) is Hereby **ORDERED**.

**DATED: September 15, 2022**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor:     DORMAN, STEVE
Case No.:   18-34917\JNP
Caption of Order: Order Approving Fees and Expenses for the Accountant for the Chapter 7 Trustee

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is

**ORDERED**, that compensation and expenses are allowed as follows:

| APPLICANT | FEES | EXPENSES |
|---|---|---|
| Sharer Petree Brotz & Snyder | $2,185.00 | $14.25 |