| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**Carrie J. Boyle, Esquire**<br>**Boyle & Valenti Law, P.C.**<br>**1940 Route 70 East, Suite 4**<br>**Cherry Hill, New Jersey 08003**<br>**(856) 499-3335**<br>**(856) 499-3304 facsimile**<br>**cboyle@b-vlaw.com**<br>**Attorneys for Debtors** | |
| In re:<br>        **Steven F. Dorfman,**<br><br>                **Debtor.** | Case No.:  **18-34917**<br><br>Chapter:  **7**<br><br>Hearing Date:<br><br>Judge:  **JNP** |

## CERTIFICATION OF SERVICE

1. I, **Lisa Grigley**:

    ☐ represent ___ in the this matter.

    ☑ am the secretary/paralegal for **Carrie J. Boyle, Esquire**, who represents **Steven F. Dorfman** in the this matter.

    ☐ am the ___ in the this case and am representing myself.

2. On **September 28, 2022**, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:
    - **Notice of Amendment to Schedule E/F**
    - **Notice of Chapter 7 Bankruptcy Case**
    - **Order Respecting Amendment to Schedule**

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  **September 28, 2022**                              /s/Lisa Grigley
                                                                                     Signature

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

rev. 8/1/15

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Steven F. Dorfman<br>1678 West Chestnut Avenue<br>Vineland, NJ 08360 | Debtor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Andrew Sklar, Chapter 7 Trustee<br>Sklar Law LLC,<br>20 Brace Road, Suite 205<br>Cherry Hill, NJ 08034 | Trustee | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Sun National Bank<br>c/o Dembo Brown & Burns, LLP<br>1300 route 73, Suite 205<br>Mount Laurel, NJ 08054 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy