Form oresadoc − oresadocv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−34917−JNP
Chapter: 7
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Steven F Dorfman
   1678 West Chesnut Avenue
   Vineland, NJ 08360

Social Security No.:
   xxx−xx−4882

Employer's Tax I.D. No.:

## ORDER RESPECTING
## AMENDMENT TO SCHEDULE D, E/F, G OR H
## OR LIST OF CREDITORS

   The Court having noted that the debtor filed an Amendment to Schedule D on September 26, 2022 or to the List of Creditors on N/A , and for good cause shown, it is

   ORDERED that the debtor must provide notice of the Amendment to the creditor(s) or party(ies) being deleted, added or modified and to the trustee in the case, if any, not later than 7 days after the date of this Order.

   It is further ORDERED that the debtor(s) must serve on added creditors or parties, not later than 7 days after the date of this Order, the following:

   1.   A copy of the applicable Notice of Chapter 7 Bankruptcy Case, and

   2.   In a Chapter 11 case:

      a)   a copy of the last modified plan and disclosure statement, if any, and

      b)   a copy of any order approving the adequacy of the disclosure statement
      and/or the scheduling of the plan for confirmation.

   3.   In a Chapter 12 or Chapter 13 case:

      a)   a copy of the Notice of Hearing on Confirmation of Plan, if any, and

      b)   a copy of the last modified plan that has been filed in the case.

   It is further ORDERED that not later than 7 days after the date of this Order, the debtor(s) must file the Local Form, Certification of Service, certifying compliance with the above requirements.

   It is further ORDERED that the added creditors or parties have

   1.   until the original deadline, if any, fixed by the court to file a complaint to object to
   the debtor's discharge or dischargeability of certain debts, or sixty 60 days from the date of this Order,
   whichever is later;

   2.   until the original deadline, if any, fixed by the Court to file a proof of claim or required supplement,
   or sixty 60 days from the date of this Order, whichever is later;

3. until the original deadline fixed by the Court to object to exemptions, or thirty 30 days from the date of this Order, whichever is later.

Dated: September 27, 2022
JAN:

<u>Jerrold N. Poslusny Jr.</u>
United States Bankruptcy Judge

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 18-34917-JNP

Steven F Dorfman  Chapter 7

    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1                        User: admin                        Page 1 of 3

Date Rcvd: Sep 27, 2022                Form ID: oresadoc                Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Steven F Dorfman, 1678 West Chesnut Avenue, Vineland, NJ 08360-4365 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 27 2022 20:27:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2022                   Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allen Joseph Underwood, II | on behalf of Creditor Horizon Healthcare Services Inc. aunderwood@litedepalma.com ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com |
| Allen Joseph Underwood, II | on behalf of Creditor Horizon Healthcare of New Jersey Inc. d/b/a Horizon NJ Health aunderwood@litedepalma.com, ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com |
| Andrew Sklar | |

andy@sklarlaw.com NJ43@ecfcbis.com;sklar@premierremote.com;ecf.alert+Sklar@titlexi.com;kathleen@sklarlaw.com

Barry R. Sharer
on behalf of Accountant Sharer Petree Brotz & Snyder CShapiro@SharerPBS.com BSharer@SharerPBS.com;nj83@ecfcbis.com

Barry S. Crane
on behalf of Creditor Horizon Healthcare of New Jersey Inc. d/b/a Horizon NJ Health bcrane@becker.legal, mambrose@becker.legal;hkreis@becker.legal

Barry S. Crane
on behalf of Creditor Horizon Healthcare Services Inc. bcrane@becker.legal mambrose@becker.legal;hkreis@becker.legal

Barry S. Crane
on behalf of Creditor Horizon Healthcare Services Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey bcrane@becker.legal, mambrose@becker.legal;hkreis@becker.legal

Carrie J. Boyle
on behalf of Defendant Chirocare For All LLC cboyle@b-vlaw.com, tking@b-vlaw.com;cvitullo@b-vlaw.com;lgrigley@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net

Carrie J. Boyle
on behalf of Defendant Steven F Dorfman cboyle@b-vlaw.com tking@b-vlaw.com;cvitullo@b-vlaw.com;lgrigley@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net

Carrie J. Boyle
on behalf of Defendant Wellness Recovery Center LLC cboyle@b-vlaw.com, tking@b-vlaw.com;cvitullo@b-vlaw.com;lgrigley@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net

Carrie J. Boyle
on behalf of Debtor Steven F Dorfman cboyle@b-vlaw.com tking@b-vlaw.com;cvitullo@b-vlaw.com;lgrigley@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net

Elizabeth K. Holdren
on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2007-13 eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com

Eric R. Perkins
on behalf of Creditor Horizon Healthcare of New Jersey Inc. d/b/a Horizon NJ Health eperkins@becker.legal, tcolombini@becker.legal;mambrose@becker.legal;jlawrence@becker.legal

Eric R. Perkins
on behalf of Creditor Horizon Healthcare Services Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey eperkins@becker.legal, tcolombini@becker.legal;mambrose@becker.legal;jlawrence@becker.legal

J. Alex Kress
on behalf of Creditor Horizon Healthcare Services Inc. Alex.Kress@wilsonelser.com

J. Alex Kress
on behalf of Creditor Horizon Healthcare of New Jersey Inc. d/b/a Horizon NJ Health Alex.Kress@wilsonelser.com

J. Alex Kress
on behalf of Creditor Horizon Healthcare Services Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey Alex.Kress@wilsonelser.com

Jason Brett Schwartz
on behalf of Creditor BMW Bank of North America jschwartz@mesterschwartz.com

Joseph A McCormick, Jr.
on behalf of Trustee Andrew Sklar jmccormick@mcdowelllegal.com karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormicknjlaw.com

Kevin Gordon McDonald
on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES,SERIES 2007-13 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Moshe Rothenberg
on behalf of Defendant Dorfman Enterprises LLC moshe@mosherothenberg.com, alyson@mosherothenberg.com;ajohn880@gmail.com

Moshe Rothenberg
on behalf of Defendant Enixa Dorfman moshe@mosherothenberg.com alyson@mosherothenberg.com;ajohn880@gmail.com

Nona Ostrove
on behalf of Mediator Nona Ostrove nostrove@ostrovelaw.com

Paul Stadler Pflumm
on behalf of Trustee Andrew Sklar ppflumm@mcdowelllegal.com

        kgresh@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;lwood@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;kbrocious@mcdowelllegal.com;kwilliams@mcdowelllegal.com

Paul Stadler Pflumm

        on behalf of Plaintiff Andrew Sklar ppflumm@mcdowelllegal.com
        kgresh@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;lwood@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;kbrocious@mcdowelllegal.com;kwilliams@mcdowelllegal.com

U.S. Trustee

        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 26