| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Andrew Sklar, Esquire (AS3105)<br>SKLAR LAW, LLC<br>20 Brace Road, Suite 205<br>Cherry Hill, NJ 08034<br>(856) 258-4050<br>Attorney for Chapter 7 Trustee | |
| In Re:<br><br>Steven F Dorfman | Case No.: 18-34917-JNP<br>Chapter: 7<br>Adv. No.:<br>Hearing Date:<br>Judge: Jerrold N Poslusny |

## CERTIFICATION OF SERVICE

1. I, <u>DOLORES E MURPHY</u>:

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for <u>Andrew Sklar</u>, who represents <u>Chapter 7 Trustee</u> in this matter

   ☐ am the _____ in this case and am representing myself.

2. On <u>  12/13/22  </u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Notice of Motion to Expunge, Modify and Bar Future Claims – with new return date of 1/17/2023, Certification in support and proposed Order

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: <u>12/13/22</u>                    /s/ Dolores E. Murphy
                                          Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Carrie J Boyle<br>Boyle & Valenti Law, PC<br>1940 Route 70 East<br>Cherry Hill, NJ 08003 | Atty for Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| OFFICE OF US TRUSTEE<br>One Newark Center, Ste 2100<br>Newark, NJ 07102 | USTO | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| City of Vineland Municipal Utilities<br>600 E. Wood Street<br>Vineland, NJ. 08360 | Interested Party | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Vineland Municipal Utilities<br>c/o Jeffrey N. Medio, Esquire<br>717 E. Elmer Street<br>Suite 7<br>Vineland, NJ. 08360 | Interested Party | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |