Order Filed on January 17, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**SKLAR LAW, LLC**
Andrew Sklar, Esquire (016751992)
20 Brace Road, Suite 205
Cherry Hill, New Jersey 08043
(856) 258-4050
*Attorneys for Andrew Sklar, Chapter 7 Trustee*

| | |
|---|---|
| In re: | Case # 18-34917/JNP |
| **STEVEN F. DORFMAN** | Chapter 7 |
| Debtor. | Honorable Jerrold N Poslusny, Jr |
| | **Hearing Date: 12/13/22 @ 10:00 am** |

### ORDER MODIFYING & EXPUNGING CLAIMS
### PURSUANT TO 11 U.S.C. § 502 AND FED. R. BANKR. P. 3007

The relief set forth on the following pages numbered two (2) through (3) three is hereby **ORDERED**.

**DATED: January 17, 2023**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtor: **STEVEN F. DORFMAN**
Case No. **18-34917/JNP**
Caption of Order:    **ORDER MODIFYING & EXPUNGING CLAIMS PURSUANT TO 11 U.S.C. § 502 AND FED. R. BANKR. P. 3007**

Upon the motion of Andrew Sklar (the "Trustee"), the chapter 7 trustee for the estate of Steven F. Dorfman. (the "Debtor"), seeking entry of an order modifying and expunging certain claims pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (the Motion"), and the Court having determined that adequate notice of the Motion has been given pursuant to Fed. R. Bankr. P. 3007; and the Court having considered the Motion and any objections to the Motion; and it appearing that the relief requested in the Motion is reasonable and necessary and in the best interests of the Debtor's estate and the creditors; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED** as follows:

1.    The Motion is **GRANTED**.

2.    The treatment of claims is as follows:

| CLAIM # | CREDITOR | TREATMENT OF CLAIM |
|---|---|---|
| 3 | Highland Carpet Outlet<br>1736 Dutch Mill Road<br>Franklinville, NJ. 08322 | **RECLASSIFY TO GENERAL UNSECURED CLAIM** |
| 4 | World Global Financing, Inc.<br>Steven Zakharyayev, Esquire<br>1430 Broadway, Suite 402<br>New York, NY 10018 | **EXPUNGE** |
| 8 | City of Vineland Municipal Utilities<br>600 E. Wood Street<br>Vineland, NJ. 08360 | **EXPUNGE** |
| 9 | BMW Financial Services NA, LLC<br>PO Box 3608 | **MOOT – CLAIM HAS BEEN WITHDRAWN** |

| CLAIM # | CREDITOR | TREATMENT OF CLAIM |
|---|---|---|
|  | Dublin, OH 43016 |  |
| 16 | Mantis Funding LLC<br>64 Beaver Street, Suite 344<br>New York, NY 10004 | **EXPUNGE** |
| 17 | 1 Global Capital LLC<br>Jonathan S. Feldman, Esquire<br>200 S Andrews Avenue, Ste 600<br>Fort Lauderdale, FL 33301 | **EXPUNGED** |