| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Andrew Sklar, Esquire (AS3105)<br>SKLAR LAW, LLC<br>20 Brace Road, Suite 205<br>Cherry Hill, NJ 08034<br>(856) 258-4050<br>Attorney for Chapter 7 Trustee | |
| In Re:<br><br>  Steven F Dorfman | Case No.: 18-34917-JNP<br><br>Chapter: 7<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: Jerrold N Poslusny |

## CERTIFICATION OF SERVICE

1. I, <u>DOLORES E MURPHY</u>:

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for <u>Andrew Sklar</u>, who represents <u>Chapter 7 Trustee</u> in this matter

   ☐ am the _____ in this case and am representing myself.

2. On <u>1/18/2023</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Order Modifying & Expunging Claims signed by the Honorable Jerrold N Poslusny and filed with the Clerk of the Court on 1/17/2023.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: <u>1/18/2023</u>   /s/ Dolores E. Murphy
                           Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Carrie J Boyle<br>Boyle & Valenti Law, PC<br>1940 Route 70 East<br>Cherry Hill, NJ 08003 | Atty for Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br><span style="font-size:small">(As authorized by the Court or by rule. Cite the rule if applicable.)</span> |
| OFFICE OF US TRUSTEE<br>One Newark Center, Ste 2100<br>Newark, NJ  07102 | USTO | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br><span style="font-size:small">(As authorized by the Court or by rule. Cite the rule if applicable.)</span> |
| City of Vineland Municipal Utilities<br>600 E. Wood Street<br>Vineland, NJ. 08360 | Interested Party | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ECF<br><span style="font-size:small">(As authorized by the Court or by rule. Cite the rule if applicable.)</span> |
| Vineland Municipal Utilities<br>c/o Jeffrey N. Medio, Esquire<br>717 E. Elmer Street<br>Suite 7<br>Vineland, NJ. 08360 | Interested Party | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br><span style="font-size:small">(As authorized by the Court or by rule. Cite the rule if applicable.)</span> |
| Highland Carpet Outlet<br>1736 Dutch Mill Road<br>Franklinville, NJ. 08322 | Interested Party | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ECF<br><span style="font-size:small">(As authorized by the Court or by rule. Cite the rule if applicable.)</span> |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| World Global Financing, Inc.<br>Steven Zakharyayev, Esquire<br>1430 Broadway, Suite 402<br>New York, NY 10018 | Interested Party | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ECF<br><sub>(As authorized by the Court or by rule. Cite the rule if applicable.)</sub> |
| BMW Financial Services NA, LLC<br>P O Box 3608<br>Dublin, OH 43016 | Interested Party | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ECF<br><sub>(As authorized by the Court or by rule. Cite the rule if applicable.)</sub> |
| Mantis Funding LLC<br>64 Beaver Street, Suite 344<br>New York, NY 10004 | Interested Party | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ECF<br><sub>(As authorized by the Court or by rule. Cite the rule if applicable.)</sub> |
| 1 Global Capital LLC<br>Jonathan S. Feldman, Esquire<br>200 S Andrews Avenue, Ste 600<br>Fort Lauderdale, FL 33301 | Interested Party | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ECF<br><sub>(As authorized by the Court or by rule. Cite the rule if applicable.)</sub> |

*rev.8/1/16*