Order Filed on January 17, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

**SKLAR LAW, LLC**
Andrew Sklar, Esquire (016751992)
20 Brace Road, Suite 205
Cherry Hill, New Jersey 08043
(856) 258-4050
*Attorneys for Andrew Sklar, Chapter 7 Trustee*

|  |  |  |
|---|---|---|
| In re: | : | Case # 18-34917/JNP |
|  | : |  |
| **STEVEN F. DORFMAN** | : | Chapter 7 |
|  | : |  |
| Debtor. | : | Honorable Jerrold N Poslusny, Jr |
|  | : | **Hearing Date: 12/13/22 @ 10:00 am** |

## ORDER MODIFYING & EXPUNGING CLAIMS
## PURSUANT TO 11 U.S.C. § 502 AND FED. R. BANKR. P. 3007

The relief set forth on the following pages numbered two (2) through (3) three is hereby **ORDERED**.

**DATED: January 17, 2023**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtor: **STEVEN F. DORFMAN**
Case No. **18-34917/JNP**
Caption of Order:    **ORDER MODIFYING & EXPUNGING CLAIMS
PURSUANT TO 11 U.S.C. § 502 AND FED. R. BANKR. P. 3007**

Upon the motion of Andrew Sklar (the "Trustee"), the chapter 7 trustee for the estate of Steven F. Dorfman. (the "Debtor"), seeking entry of an order modifying and expunging certain claims pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (the Motion"), and the Court having determined that adequate notice of the Motion has been given pursuant to Fed. R. Bankr. P. 3007; and the Court having considered the Motion and any objections to the Motion; and it appearing that the relief requested in the Motion is reasonable and necessary and in the best interests of the Debtor's estate and the creditors; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED** as follows:

1. The Motion is **GRANTED**.

2. The treatment of claims is as follows:

| CLAIM # | CREDITOR | TREATMENT OF CLAIM |
|---|---|---|
| 3 | Highland Carpet Outlet<br>1736 Dutch Mill Road<br>Franklinville, NJ. 08322 | **RECLASSIFY TO GENERAL UNSECURED CLAIM** |
| 4 | World Global Financing, Inc.<br>Steven Zakharyayev, Esquire<br>1430 Broadway, Suite 402<br>New York, NY 10018 | **EXPUNGE** |
| 8 | City of Vineland Municipal Utilities<br>600 E. Wood Street<br>Vineland, NJ. 08360 | **EXPUNGE** |
| 9 | BMW Financial Services NA, LLC<br>PO Box 3608 | **MOOT – CLAIM HAS BEEN WITHDRAWN** |

| CLAIM # | CREDITOR | TREATMENT OF CLAIM |
|---|---|---|
|  | Dublin, OH 43016 |  |
| 16 | Mantis Funding LLC<br>64 Beaver Street, Suite 344<br>New York, NY 10004 | **EXPUNGE** |
| 17 | 1 Global Capital LLC<br>Jonathan S. Feldman, Esquire<br>200 S Andrews Avenue, Ste 600<br>Fort Lauderdale, FL 33301 | **EXPUNGED** |

United States Bankruptcy Court
District of New Jersey

In re:  
Steven F Dorfman  
    Debtor

Case No. 18-34917-JNP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 3  
Date Rcvd: Jan 17, 2023     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Steven F Dorfman, 1678 West Chesnut Avenue, Vineland, NJ 08360-4365 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allen Joseph Underwood, II | on behalf of Creditor Horizon Healthcare Services Inc. aunderwood@litedepalma.com ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com |
| Allen Joseph Underwood, II | on behalf of Creditor Horizon Healthcare of New Jersey  Inc. d/b/a Horizon NJ Health aunderwood@litedepalma.com, ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com |
| Andrew Sklar | andy@sklarlaw.com  NJ43@ecfcbis.com;sklar@premierremote.com;ecf.alert+Sklar@titlexi.com;kathleen@sklarlaw.com |
| Barry R. Sharer | on behalf of Accountant Sharer Petree Brotz & Snyder CShapiro@SharerPBS.com  BSharer@SharerPBS.com;nj83@ecfcbis.com |
| Barry S. Crane | on behalf of Creditor Horizon Healthcare of New Jersey  Inc. d/b/a Horizon NJ Health bcrane@becker.legal, mambrose@becker.legal;hkreis@becker.legal |

Case 18-34917-JNP    Doc 148    Filed 01/19/23    Entered 01/20/23 00:19:06    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 17, 2023 | Form ID: pdf903 | Total Noticed: 1 |

Barry S. Crane
 on behalf of Creditor Horizon Healthcare Services Inc. bcrane@becker.legal mambrose@becker.legal;hkreis@becker.legal

Barry S. Crane
 on behalf of Creditor Horizon Healthcare Services  Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey bcrane@becker.legal, mambrose@becker.legal;hkreis@becker.legal

Carrie J. Boyle
 on behalf of Defendant Steven F Dorfman cboyle@b-vlaw.com tking@b-vlaw.com;cvitullo@b-vlaw.com;lgrigley@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net

Carrie J. Boyle
 on behalf of Defendant Wellness Recovery Center  LLC cboyle@b-vlaw.com, tking@b-vlaw.com;cvitullo@b-vlaw.com;lgrigley@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net

Carrie J. Boyle
 on behalf of Debtor Steven F Dorfman cboyle@b-vlaw.com tking@b-vlaw.com;cvitullo@b-vlaw.com;lgrigley@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net

Carrie J. Boyle
 on behalf of Defendant Chirocare For All  LLC cboyle@b-vlaw.com, tking@b-vlaw.com;cvitullo@b-vlaw.com;lgrigley@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net

Elizabeth K. Holdren
 on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York  as Trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2007-13 eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com

Eric R. Perkins
 on behalf of Creditor Horizon Healthcare of New Jersey  Inc. d/b/a Horizon NJ Health eperkins@becker.legal, tcolombini@becker.legal;mambrose@becker.legal;jlawrence@becker.legal

Eric R. Perkins
 on behalf of Creditor Horizon Healthcare Services  Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey eperkins@becker.legal, tcolombini@becker.legal;mambrose@becker.legal;jlawrence@becker.legal

J. Alex Kress
 on behalf of Creditor Horizon Healthcare Services Inc. Alex.Kress@wilsonelser.com

J. Alex Kress
 on behalf of Creditor Horizon Healthcare of New Jersey  Inc. d/b/a Horizon NJ Health Alex.Kress@wilsonelser.com

J. Alex Kress
 on behalf of Creditor Horizon Healthcare Services  Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey Alex.Kress@wilsonelser.com

Jason Brett Schwartz
 on behalf of Creditor BMW Bank of North America jschwartz@friedmanvartolo.com bankruptcy@friedmanvartolo.com

Joseph A McCormick, Jr.
 on behalf of Trustee Andrew Sklar jmccormick@mcdowelllegal.com karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormicknjlaw.com

Kevin Gordon McDonald
 on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES,SERIES 2007-13 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Moshe Rothenberg
 on behalf of Defendant Dorfman Enterprises  LLC moshe@mosherothenberg.com, alyson@mosherothenberg.com;ajohn880@gmail.com

Moshe Rothenberg
 on behalf of Defendant Enixa Dorfman moshe@mosherothenberg.com alyson@mosherothenberg.com;ajohn880@gmail.com

Nona Ostrove
 on behalf of Mediator Nona Ostrove nostrove@ostrovelaw.com

Paul Stadler Pflumm
 on behalf of Trustee Andrew Sklar ppflumm@mcdowelllegal.com kgresh@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;lwood@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;kbrocious@mcdowelllegal.com;kwilliams@mcdowelllegal.com

Paul Stadler Pflumm
 on behalf of Plaintiff Andrew Sklar ppflumm@mcdowelllegal.com kgresh@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;lwood@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;kbrocious@mcdowelllegal.com;kwilliams@mcdowelllegal.com

U.S. Trustee

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Jan 17, 2023 | Form ID: pdf903 | Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 26