Form 192 − aplccmpnrpt

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  18−34917−JNP
Chapter:  7
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Steven F Dorfman
   1678 West Chesnut Avenue
   Vineland, NJ 08360

Social Security No.:
   xxx−xx−4882

Employer's Tax I.D. No.:

### NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE, OF HEARING ON APPLICATIONS FOR COMPENSATION (AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)

THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable Jerrold N. Poslusny Jr. on:

DATE:         June 1, 2023
TIME:         02:00 PM
LOCATION:     4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:         $58,000.00
TOTAL DISBURSEMENTS:    $2,966.65
BALANCE ON HAND:        $55,033.35

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)
Andrew Sklar, Trustee

COMMISSION OR FEES
$6,150.00

EXPENSES
$76.67

The trustee's application to abandon the following property will be heard and acted upon:
None

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.

Dated: April 25, 2023
JAN: eag

                                                      Jeanne Naughton
                                                      Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Steven F Dorfman  
Debtor

Case No. 18-34917-JNP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 5  
Date Rcvd: Apr 25, 2023      Form ID: 192      Total Noticed: 68

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Steven F Dorfman, 1678 West Chesnut Avenue, Vineland, NJ 08360-4365 |
| cr | | Horizon Healthcare Services, Inc. d/b/a Horizon Bl, Three Penn Plaza East, Newark, NJ 07105-2200 |
| cr | + | Horizon Healthcare of New Jersey, Inc. d/b/a Horiz, c/o Becker LLC, 354 Eisenhower Parkway, Plaza Two, Suite 1500, Livingston, NJ 07039-1022 |
| acc | + | Sharer Petree Brotz & Snyder, 1103 Laurel Oak Road, Suite 105B, Voorhees, NJ 08043-4376 |
| 518442860 | + | 1 Global Capital LLC, Jonathan S. Feldman, Esq., 200 S. Andrews Avenue, Suite 600, Fort Lauderdale, FL 33301-2066 |
| 518343317 | + | 1 Global Capital, LLC, c/o Darla Gordon, Esq., Perlman, Bajandas, Yevoli & Albright, P., 200 S. Andrews Avenue, Suite 600, Fort Lauderdale, FL 33301-2066 |
| 517932327 | + | Alan Angelo, 2516 Mays Landing Road, Millville, NJ 08332-1104 |
| 519052771 | + | Becker LLC, 354 Eisenhower Parkway, Plaza II, Suite 1500, Livingston, NJ 07039-1022 |
| 517932331 | | City of Vineland Municipal Utilities, 600 E. Wood Street, Vineland, NJ 08360 |
| 517932333 | + | Director of Special Investigations, Horizon BCBS of NJ, 250 Century Parkway, Mount Laurel, NJ 08054-1121 |
| 517932334 | + | Dorfman Enterprises, LLC, 1027 Chestnut Avenue, Vineland, NJ 08360-5838 |
| 519199346 | + | ERIC R. PERKINS, ESQ., Becker LLC, 354 Eisenhower Parkway, Plaza II, Suite 1500, Livingston, NJ 07039-1022 |
| 517932335 | + | Edsouth/glelsi, 2401 International Lane, Madison, WI 53704-3121 |
| 517932336 | + | Empire Recovery Services, 400 Frank W. Burr Blvd, Suite 37, Teaneck, NJ 07666-6810 |
| 517932337 | + | Enixa Dorfman, 1678 W. Chestnut Avenue, Vineland, NJ 08360-4365 |
| 517932341 | + | Hamilton, Bridges & Banks, Inc, 4100 W Kennedy Blvd, Tampa, FL 33609-2288 |
| 517932342 | + | Highland Carpet Outlet, 1736 Dutch Mill Road, Franklinville, NJ 08322-2114 |
| 517932343 | | Horizon BCBS of NJ, PO Box 10193, Newark, NJ 07101-3117 |
| 518074616 | + | Horizon Healthcare Services Inc., dba Horizon Blue Cross Blue Shield of Ne, Three Penn Plaza East, Newark NJ 07105-2200 |
| 518074686 | | Horizon Healthcare Services Inc., dba Horizon NJ Health, 250 Century Parkway, Mt. Laurel, NJ 08054-1121 |
| 517932344 | + | Horizon Healthcare Services, Inc., c/o Barry S. Crane, Esq., Becker LLC, 354 Eisenhower Parkway, Suite 1500, Livingston, NJ 07039-1023 |
| 518152662 | + | Horizon Healthcare of New Jersey, Inc, c/o J.Alex Kress, Esq.-Becker LLC, 354 Eisenhower Parkway, Suite 1500, Livingston NJ 07039-1023 |
| 518148345 | + | Horizon Healthcare of New Jersey, Inc.,, d/b/a Horizon New Jersey Health, Three Penn Plaza East, Newark, New Jersey 07105-2200 |
| 517932346 | + | Horizon NJ Health, 210 Silvia Street West, Trenton, NJ 08628-3242 |
| 517932345 | + | Horizon NJ Health, 250 Century Parkway, Mount Laurel, NJ 08054-1121 |
| 517932350 | + | Mabtc/tfc, Attn: Bankruptcy, Po Box 13306, Chesapeake, VA 23325-0306 |
| 517932351 | + | Mantis Funding, LLC, 64 Beaver Street, Suite 344, New York, NY 10004-2508 |
| 517932352 | | New Jersey Family Support Srvs Center, PO Box 5313, Trenton, NJ 08638-0313 |
| 517932353 | | New Jersey Family Support Svs. Center, P.O. Box 5313, Trenton, NJ 08638-0313 |
| 517932356 | + | Ray And Flan, Attn: Bankruptcy, 1000 Macarthur Blvd., Mahwah, NJ 07430-2035 |
| 517932357 | | Raymour & Flanigan, PO Box 33802, Detroit, MI 48232-5802 |
| 517932359 | + | SNG Capital Investors, LLC, 35 East Grassy Sprain Road, Yonkers, NY 10710-4620 |
| 518177645 | | State of New Jersey, Department of Treasury, Division of Taxation, PO BOX 245, Trenton NJ 08695-0245 |
| 519713638 | + | Sun National Bank, c/o Dembo Brown & Burns LLP, 1300 Route 73, Suite 205, Mount Laurel, NJ 08054-2200 |
| 517932360 | + | The Bank of New York Mellon, c/o Bradley J. Osborne, Esquire, Richard M. Squire & Associates, LLC, 115 West Avenue, Suite 104, Jenkintown, PA 19046-2031 |
| 517932361 | + | The Law Offices of Jeffrey Randolph, LLC, 139 Harrison Road, Suite 205, Glen Rock, NJ 07452-3304 |
| 517932362 | + | The Wellness & Recovery Center, LLC, 1027 E. Chestnut Avenue, Vineland, NJ 08360-5838 |
| 517932365 | + | Tri State Credit Corp, 2188 N Delsea Dr, Vineland, NJ 08360-1971 |
| 518141826 | + | Vineland Municipal Utilities, Jeffrey N. Medio, Esq., 717 E. Elmer St., Ste 7, Vineland, NJ 08360-4758 |

| District/off: 0312-1 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Apr 25, 2023 | Form ID: 192 | Total Noticed: 68 |

| | | |
|---|---|---|
| 517932366 | + | World Global Financing Inc, c/o The Law Office of Tara N. Pomparelli, 30 Wall Street, Eighth Floor, New York, NY 10005-2201 |
| 518071907 | + | World Global Financing, Inc., Steven Zakharyayev, Esq., 1430 Broadway Suite 402, New York, NY 10018-3371 |

TOTAL: 41

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 25 2023 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 25 2023 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517962003 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 25 2023 20:52:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 518188601 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Apr 25 2023 20:51:00 | Ascendium Education Solutions and Affiliates, PO Box 8961, Madison, Wi 53708-8961 |
| 518124921 | + | Email/Text: watnerlaw@gmail.com | Apr 25 2023 20:52:00 | Accurate Medical Billing, c/o David B. Watner, Esq., 1129 Bloomfield Avenue, #208, West Caldwell, NJ 07006-7123 |
| 517932326 | + | Email/Text: bncnotifications@pheaa.org | Apr 25 2023 20:52:00 | Aes/cit08bbc, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 518120335 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 25 2023 20:53:44 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517936947 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 25 2023 20:53:35 | BMW Bank of North America, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518143169 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Apr 25 2023 20:53:28 | BMW Financial Services NA, LLC, P.O. Box 3608, Dublin OH 43016, OH 43016 |
| 517932329 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Apr 25 2023 20:53:28 | Bmw Financial Services, Attn: Bankruptcy Department, Po Box 3608, Dublin, OH 43016 |
| 517932328 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 25 2023 20:51:00 | Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 517932330 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 25 2023 20:53:32 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518125588 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 25 2023 20:53:28 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518158912 | | Email/PDF: bncnotices@becket-lee.com | Apr 25 2023 20:53:39 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517932332 | | Email/PDF: creditonebknotifications@resurgent.com | Apr 25 2023 20:53:29 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 517932338 | ^ | MEBN | Apr 25 2023 20:45:16 | Equifax, Attn: Bankruptcy, P.O Box 740241, Atlanta, GA 30374-0241 |
| 517932339 | ^ | MEBN | Apr 25 2023 20:45:56 | Experian, Attn: Bankrupty, P.O. Box 4500, Allen, TX 75013-1311 |
| 517932340 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 25 2023 20:53:43 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 517932347 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 25 2023 20:52:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517932348 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 25 2023 20:51:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 518055854 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 25 2023 20:53:29 | LVNV Funding, LLC, Resurgent Capital Services, |

| District/off: 0312-1 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Apr 25, 2023 | Form ID: 192 | Total Noticed: 68 |

| | | | | |
|---|---|---|---|---|
| 517932349 | + | Email/PDF: resurgentbknotifications@resurgent.com | | PO Box 10587, Greenville, SC 29603-0587 |
| | | | Apr 25 2023 20:53:45 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 517932354 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Apr 25 2023 20:51:00 | NJ Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 517932358 | + | Email/Text: mtgbk@shellpointmtg.com | Apr 25 2023 20:51:00 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, Po Box 10826, Greenville, SC 29603-0826 |
| 518233241 | | Email/Text: tidewaterlegalebn@twcs.com | Apr 25 2023 20:52:00 | Tidewater Finance Company, PO Box 13306, Chesapeake, VA 23325 |
| 517932363 | | Email/Text: tidewaterlegalebn@twcs.com | Apr 25 2023 20:52:00 | Tidewater Finance Company, PO Box 17308, Baltimore, MD 21297-1308 |
| 517932364 | ^ | MEBN | Apr 25 2023 20:45:59 | TransUnion, Attn: Bankruptcy, P.O. Box 2000, Chester, PA 19016-2000 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Horizon Healthcare Services Inc., dba Horizon NJ Health, 250 Century Parkway, Mt. Laurel, NJ 08054-1121 |
| 517932325 | ##+ | Accurate Medical Billing, P.O. Box 146, Asbury, NJ 08802-0146 |
| 518418831 | ##+ | Jessical L. Gonzalez, 135 West Howard Street, Clayton, NJ 08312-1112 |
| 517932355 | ##+ | Northern Leasing, 419 East Main Street, Suite 102, Middletown, NY 10940-2552 |

TOTAL: 0 Undeliverable, 1 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 27, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allen Joseph Underwood, II | on behalf of Creditor Horizon Healthcare of New Jersey Inc. d/b/a Horizon NJ Health aunderwood@litedepalma.com, ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com |
| Allen Joseph Underwood, II | on behalf of Creditor Horizon Healthcare Services Inc. aunderwood@litedepalma.com ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com |
| Andrew Sklar | andy@sklarlaw.com NJ43@ecfcbis.com;sklar@premierremote.com;ecf.alert+Sklar@titlexi.com;kathleen@sklarlaw.com |
| Barry R. Sharer | on behalf of Accountant Sharer Petree Brotz & Snyder CShapiro@SharerPBS.com BSharer@SharerPBS.com;nj83@ecfcbis.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 4 of 5 |
| Date Rcvd: Apr 25, 2023 | Form ID: 192 | Total Noticed: 68 |

Barry S. Crane
    on behalf of Creditor Horizon Healthcare Services Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey bcrane@becker.legal, mambrose@becker.legal;hkreis@becker.legal

Barry S. Crane
    on behalf of Creditor Horizon Healthcare of New Jersey Inc. d/b/a Horizon NJ Health bcrane@becker.legal, mambrose@becker.legal;hkreis@becker.legal

Barry S. Crane
    on behalf of Creditor Horizon Healthcare Services Inc. bcrane@becker.legal mambrose@becker.legal;hkreis@becker.legal

Carrie J. Boyle
    on behalf of Defendant Chirocare For All LLC cboyle@b-vlaw.com, tking@b-vlaw.com;cvitullo@b-vlaw.com;lgrigley@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net

Carrie J. Boyle
    on behalf of Defendant Steven F Dorfman cboyle@b-vlaw.com tking@b-vlaw.com;cvitullo@b-vlaw.com;lgrigley@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net

Carrie J. Boyle
    on behalf of Defendant Wellness Recovery Center LLC cboyle@b-vlaw.com, tking@b-vlaw.com;cvitullo@b-vlaw.com;lgrigley@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net

Carrie J. Boyle
    on behalf of Debtor Steven F Dorfman cboyle@b-vlaw.com tking@b-vlaw.com;cvitullo@b-vlaw.com;lgrigley@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net

Elizabeth K. Holdren
    on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2007-13 eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com

Eric R. Perkins
    on behalf of Creditor Horizon Healthcare of New Jersey Inc. d/b/a Horizon NJ Health eperkins@becker.legal, tcolombini@becker.legal;mambrose@becker.legal;jlawrence@becker.legal

Eric R. Perkins
    on behalf of Creditor Horizon Healthcare Services Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey eperkins@becker.legal, tcolombini@becker.legal;mambrose@becker.legal;jlawrence@becker.legal

J. Alex Kress
    on behalf of Creditor Horizon Healthcare of New Jersey Inc. d/b/a Horizon NJ Health akress@chapman.com

J. Alex Kress
    on behalf of Creditor Horizon Healthcare Services Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey akress@chapman.com

J. Alex Kress
    on behalf of Creditor Horizon Healthcare Services Inc. akress@chapman.com

Jason Brett Schwartz
    on behalf of Creditor BMW Bank of North America jschwartz@friedmanvartolo.com bankruptcy@friedmanvartolo.com

Joseph A McCormick, Jr.
    on behalf of Trustee Andrew Sklar jmccormick@mcdowelllegal.com djamison@mcdowelllegal.com;ppflumm@mcdowelllegal.com

Kevin Gordon McDonald
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES,SERIES 2007-13 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Moshe Rothenberg
    on behalf of Defendant Dorfman Enterprises LLC moshe@mosherothenberg.com, alyson@mosherothenberg.com;ajohn880@gmail.com

Moshe Rothenberg
    on behalf of Defendant Enixa Dorfman moshe@mosherothenberg.com alyson@mosherothenberg.com;ajohn880@gmail.com

Nona Ostrove
    on behalf of Mediator Nona Ostrove nostrove@ostrovelaw.com

Paul Stadler Pflumm
    on behalf of Plaintiff Andrew Sklar ppflumm@mcdowelllegal.com kgresh@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;lwood@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;kbrocious@mcdowelllegal.com;kwilliams@mcdowelllegal.com

Paul Stadler Pflumm
    on behalf of Trustee Andrew Sklar ppflumm@mcdowelllegal.com

| District/off: 0312-1 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Apr 25, 2023 | Form ID: 192 | Total Noticed: 68 |

kgresh@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;lwood@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;kbrocious@mcdowelllegal.com;kwilliams@mcdowelllegal.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 26