| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Andrew Sklar, Esquire (AS3105)<br>Sklar Law, LLC<br>20 Brace Road, Suite 205<br>Cherry Hill, NJ 08034<br>856-258-4050<br>andy@sklarlaw.com<br>Attorney for Chapter 7 Trustee | Order Filed on June 1, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>Steven F Dorfman<br><br>            Debtors | Case No.:  18-34917-JNP<br><br>Chapter 7<br><br>Hearing Date:<br><br>Judge: JERROLD N. POSLUSNY JR. |

*ORDER GRANTING ALLOWANCES*

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 1, 2023**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

PAGE 2

Debtor:        Steven F Dorfman

Case No.:      18-34917-JNP

Caption of Order:    ***ORDER GRANTING ALLOWANCES***

---

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given creditors and other parties in interest as required; and for good cause shown; it is

**ORDERED** that compensation and expenses are allowed as follows:

| APPLICANT | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Andrew Sklar, Chapter 7 Trustee | $6,150.00 | $76.67 |

United States Bankruptcy Court

District of New Jersey

In re:  
Steven F Dorfman  
    Debtor

Case No. 18-34917-JNP  
Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 01, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2023:**

**Recip ID    Recipient Name and Address**  
db    + Steven F Dorfman, 1678 West Chesnut Avenue, Vineland, NJ 08360-4365

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2023 at the address(es) listed below:

**Name**    **Email Address**

Allen Joseph Underwood, II  
    on behalf of Creditor Horizon Healthcare Services Inc. aunderwood@litedepalma.com ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com

Allen Joseph Underwood, II  
    on behalf of Creditor Horizon Healthcare of New Jersey  Inc. d/b/a Horizon NJ Health aunderwood@litedepalma.com, ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com

Andrew Sklar  
    andy@sklarlaw.com NJ43@ecfcbis.com;sklar@premierremote.com;ecf.alert+Sklar@titlexi.com;kathleen@sklarlaw.com

Barry R. Sharer  
    on behalf of Accountant Sharer Petree Brotz & Snyder CShapiro@SharerPBS.com BSharer@SharerPBS.com;nj83@ecfcbis.com

Barry Scott Crane  
    on behalf of Creditor Horizon Healthcare of New Jersey  Inc. d/b/a Horizon NJ Health barry.crane@offitkurman.com, mambrose@becker.legal;hkreis@becker.legal

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 01, 2023 | Form ID: pdf903 | Total Noticed: 1 |

Barry Scott Crane
    on behalf of Creditor Horizon Healthcare Services Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey barry.crane@offitkurman.com, mambrose@becker.legal;hkreis@becker.legal

Barry Scott Crane
    on behalf of Creditor Horizon Healthcare Services Inc. barry.crane@offitkurman.com mambrose@becker.legal;hkreis@becker.legal

Carrie J. Boyle
    on behalf of Defendant Steven F Dorfman cboyle@b-vlaw.com tking@b-vlaw.com;cvitullo@b-vlaw.com;lgrigley@b-vlaw.com;carrie.boyle@comcast.net

Carrie J. Boyle
    on behalf of Defendant Wellness Recovery Center LLC cboyle@b-vlaw.com, tking@b-vlaw.com;cvitullo@b-vlaw.com;lgrigley@b-vlaw.com;carrie.boyle@comcast.net

Carrie J. Boyle
    on behalf of Debtor Steven F Dorfman cboyle@b-vlaw.com tking@b-vlaw.com;cvitullo@b-vlaw.com;lgrigley@b-vlaw.com;carrie.boyle@comcast.net

Carrie J. Boyle
    on behalf of Defendant Chirocare For All LLC cboyle@b-vlaw.com, tking@b-vlaw.com;cvitullo@b-vlaw.com;lgrigley@b-vlaw.com;carrie.boyle@comcast.net

Elizabeth K. Holdren
    on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2007-13 eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com

Eric R. Perkins
    on behalf of Creditor Horizon Healthcare of New Jersey Inc. d/b/a Horizon NJ Health eperkins@becker.legal, tcolombini@becker.legal;mambrose@becker.legal;jlawrence@becker.legal

Eric R. Perkins
    on behalf of Creditor Horizon Healthcare Services Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey eperkins@becker.legal, tcolombini@becker.legal;mambrose@becker.legal;jlawrence@becker.legal

J. Alex Kress
    on behalf of Creditor Horizon Healthcare Services Inc. akress@chapman.com

J. Alex Kress
    on behalf of Creditor Horizon Healthcare of New Jersey Inc. d/b/a Horizon NJ Health akress@chapman.com

J. Alex Kress
    on behalf of Creditor Horizon Healthcare Services Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey akress@chapman.com

Jason Brett Schwartz
    on behalf of Creditor BMW Bank of North America jschwartz@ecf.courtdrive.com bankruptcy@friedmanvartolo.com

Joseph A McCormick, Jr.
    on behalf of Trustee Andrew Sklar jmccormick@mcdowelllegal.com djamison@mcdowelllegal.com;ppflumm@mcdowelllegal.com

Kevin Gordon McDonald
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES,SERIES 2007-13 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Moshe Rothenberg
    on behalf of Defendant Dorfman Enterprises LLC moshe@mosherothenberg.com, alyson@mosherothenberg.com;ajohn880@gmail.com

Moshe Rothenberg
    on behalf of Defendant Enixa Dorfman moshe@mosherothenberg.com alyson@mosherothenberg.com;ajohn880@gmail.com

Nona Ostrove
    on behalf of Mediator Nona Ostrove nostrove@ostrovelaw.com

Paul Stadler Pflumm
    on behalf of Trustee Andrew Sklar ppflumm@mcdowelllegal.com kgresh@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;lwood@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;kbrocious@mcdowelllegal.com;kwilliams@mcdowelllegal.com

Paul Stadler Pflumm
    on behalf of Plaintiff Andrew Sklar ppflumm@mcdowelllegal.com kgresh@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;lwood@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;kbrocious@mcdowelllegal.com;kwilliams@mcdowelllegal.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 26